# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-941-099

**Effective Date of Registration:**
April 09, 2012

---

## Title

| | |
|---|---|
| **Title of Work:** | Holiday Porch Light Cover, Snowman |
| **Previous or Alternate Title:** | 5A4 |
| **Nature of Claim:** | Sculpture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | January 22, 2011 |

## Author

| | |
|---|---|
| **Author:** | LEESA BUSH |
| **Author Created:** | 3-dimensional sculpture |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MSR IMPORTS, INC.<br>6920 CENTRAL HWY, PENNSAUKEN, NJ, 08109 |
| **Transfer statement:** | ASSIGNMENT |

## Certification

| | |
|---|---|
| **Name:** | JONATHAN RODACK |
| **Date:** | March 30, 2012 |

#S174 Rec 2/9/15

