# EXHIBIT 2



https://www.amazon.com/dp/B00U0COWKC?ref=myi_title_dp

Captured: 12/8/2023



https://www.amazon.com/dp/B07M9ZCWP8?ref=myi_title_dp

captured: 12/8/2023