

amazon prime | Deliver to [redacted] | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Service | Whole Foods | Pet Supplies | Coupons | Beauty & Personal Care | Household, Health & Baby Care | Shop By Interest | Amazon Home | Handmade | Amazon Business | Home Improvement | Coupon Party now live

# Kweida

Visit the Kweida storefront

★★★★★ | **100% positive** in the last 12 months (23 ratings)

**Christmas Porch Light Covers Sno...**

USD 25.99

Add to Cart

## About Seller

Kweida is committed to providing each customer with the highest standard of customer service.

**Have a question for Kweida?**

Ask a question

## Feedback

★★★★★ 4.9 out of 5 | 12 months
23 ratings

| | | |
|---|---|---|
| 5 star | | 91% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

23 total feedbacks in 12 months

★★★★★ "It is so beautiful. I loved the twinkling lights. Thank you"
By James R Weiss on May 19, 2023.

★★★★★ "These look good and are well made !"
By Darren Peck on February 12, 2023.

★★★★★ "They're just as cute as pictured. 10/10 would buy again"
By amelisten b. on February 12, 2023.

★★★★★ "Looks very well made."
By Joan Martin on January 15, 2023.

★★★★★ "Awesome lights and such vibrate colors"
By verna priest on January 1, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** zhangxitao
**Business Address:**
华强北街道华航社区华强北路1019号华强广场B,C,D座4层Q4C027室
深圳
福田
广东
518000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amp Host your own live radio show with music you love
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands

**Brand**

Kweida



Sponsored ⓘ

## Results



Christmas Porch Light Covers Snowman 2 Pack, Outdoor Christmas Decorations Weatherproof Porch Lamp Cover...

★★★★☆ ∨ 83

$25.99

✓prime One-Day
FREE delivery **Tomorrow, Nov 15**



Christmas String Lights 220 LED Blue 25M 82Ft, 8 Modes Twinkle Lights Indoor Outdoor Decoration Plug-in...

LED

★★★★☆ ∨ 160

$13.99 ($0.19/Feet)

✓prime Two-Day
FREE delivery **Thu, Nov 16**

Only 17 left in stock - order soon.



Halloween String Lights Decoration, 32M/105Ft 320LEDs 8 Modes Memory Function IP44 Waterproof Clear Wire...

LED

★★★★☆ ∨ 60

$16.99 List: $19.99

✓prime Two-Day
FREE delivery **Thu, Nov 16**

Only 9 left in stock - order soon.



220 LED Christmas Purple String Lights 22M 72Ft, 8 Modes Twinkle Lights Indoor Outdoor Decoration Plug-in...

LED

★★★★☆ ∨ 108

$14.99

✓prime One-Day
FREE delivery **Tomorrow, Nov 15**

Only 12 left in stock - order soon.



Christmas String Lights 14m 46ft 110 LEDs Outdoor Indoor 8 Modes Holiday Celebration Waterproof...

LED

★★★★☆ ∨ 132

$9.99 ($0.22/Foot)

✓prime Two-Day
FREE delivery **Thu, Nov 16**



LED Icicle Lights Outdoor Decorations,32Ft 8 Modes 300LEDs Curtain Light with 60 Drops, Christmas String...

LED

★★★★☆ ∨ 64

$28.99





amazon

# Checkout (1 item)

1 **Shipping address**

[redacted]

Change

Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

2 **Payment method**

[redacted]

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Nov. 15, 2023** If you order in the next 4 hours and 16 minutes (Details)
Items shipped from Amazon.com

**Christmas Porch Light Covers Snowman 2 Pack, Outdoor Christmas Decorations Weatherproof Porch Lamp Cover Garage Lights Cover with Elastic Strap, Large Outdoor Holiday Xmas Light Cover Party Decor**
$25.99 prime
& FREE Returns
Qty: 1
Sold by: Kweida
Add gift options

**Choose your Prime delivery option:**
- (selected) **Tomorrow, Nov. 15**
  FREE One-Day Delivery
- **Friday, Nov. 17**
  FREE Amazon Day Delivery
  **Fewer boxes, fewer trips.**
  Change delivery day

Place your order

**Order total: $27.55**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $25.99 |
| Estimated tax to be collected: | $1.56 |
| **Order total:** | **$27.55** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

amazon prime | Deliver to [redacted] | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Service | Whole Foods | Pet Supplies | Decorate for the holidays

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 14, 2023 | Order# 111-9622781-2642605

View or Print invoice

**Shipping Address**

[redacted]

Change

**Payment method**

[redacted]

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $25.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $25.99 |
| Estimated tax to be collected: | $1.56 |
| **Grand Total:** | **$27.55** |

## Arriving tomorrow by 10pm

Christmas Porch Light Covers Snowman 2 Pack, Outdoor Christmas Decorations Weatherproof Porch Lamp Cover Garage Lights Cover with Elastic Strap, Large Outdoor Holiday Xmas Light Cover Party Decor

Sold by: Kweida

$25.99

**Condition:** New

Add gift option

Buy it again

Track package

Change Payment Method

Cancel items

Archive order

## Frequently bought with Christmas Porch Light Covers Snowman 2 Pack, Outdo...

90 Pieces Christmas Car Refrigerator Decorations - 42 Reflective Bulb Light Shaped Magnets 48 Magnetic Wires...

7,014

Amazon's Choice in Refrigerator Magnets

$17.99

FREE Shipping by Amazon

XIMISHOP 82PCS Christmas Snowflake Window Clings Stickers for Glass, Xmas Decals...

5,352

#1 Best Seller in Window Stickers

$7.99

prime FREE One-Day

Solar Lights Outdoor Decorative Solar Garden Lights Fireworks Lights Waterproof String Lights 2 Lighting Modes DIY...

603

$15.99 ($8.00/Count)

prime FREE Delivery

Solar Firework Lights Solar Lights Outdoor Solar Garden Decorative Lights DIY Shape War...

603

Amazon's Choice in Landscape Path Lights

$15.99 ($8.00/Count)

prime FREE Delivery

## Recommended based on your shopping trends

Sponsored

# Seller Display Name

# LijiarunUS

# Seller ID

# A34M7ZWKW1H106



‹ Back to results

Sponsored ⓘ

## Holiday Treats Christmas Decorations Porch Light Covers Outdoor Yard Or Indoor. Set of 2 Festive Snowman in Mistletoe Hat.

**Brand: Holiday Treats**

4.9 ★★★★★  26 ratings

$24⁷¹

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for Prime Visa. No annual fee.

Not eligible for Amazon Prime. Available with free Prime shipping from other sellers on Amazon.

| Color | Black, Red, White |
|-------|-------------------|
| Brand | Holiday Treats |
| Material | Eva |
| Theme | Christmas |
| Item Dimensions LxWxH | 12 x 9.4 x 5 inches |

Roll over image to zoom in

### About this item

- 🪄 Make this Holiday Season More Magical: The Holiday Treats snowman porch light cover for outdoor light cover is a must-have accessory for your yard! Easy to use and super cute, our decorations are a simple and unique way to bring the magic holiday spirit to every corner of your home and delight your guests with lovely Christmas accessories.

- 🎄 What You Get: The set includes 2 Christmas snowman porch light covers featuring a simple and colorful design for a beautiful effect. The light covers act as the symbols of Christmas that you can attach to your outdoor lights quickly and easily, making everything more festive.

- ⚓ Made to Last: Our snowman lamp post cover is made of EVA, a durable and waterproof material that can be used for many seasons to come. The snowman light post cover is durable enough to withstand rain, snow, wind, and sleet.

- 🎅 Crystallized Texture: The beautiful Christmas outdoor light covers have a stunning crystallized surface that resembles real snow for a more authentic look. The snowman covers for porch lights can be installed on any coach lantern or outdoor porch light by simply attaching the strap of the light cover.



Delivery | Pickup

$24⁷¹

FREE delivery **December 6 - 28**. Details

Deliver to ▮▮▮▮

**Only 18 left in stock - order soon.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Ships from | LijiarunUS |
| Sold by | LijiarunUS |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

Add to List

New (2) from $24⁷¹ & FREE Shipping ›

Sponsored ⓘ



amazon prime | Deliver to

All | Search Amazon

EN | Hello, Account & Lists | Returns & Orders | Cart 0

☰ All  Holiday Deals  Medical Care ▾  Amazon Basics  Buy Again  Customer Service  Whole Foods  Pet Supplies  Coupons  Beauty & Personal Care  Household, Health & Baby Care  Shop By Interest  Amazon Home  Handmade

01 : 59 : 54

## LijiarunUS

Visit the LijiarunUS storefront

Just launched   No feedback yet

Holiday Treats Christmas Decorat...
$24⁴¹

Add to Cart

### About Seller

LijiarunUS is committed to providing each customer with the highest standard of customer service.

Have a question for LijiarunUS?

Ask a question

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return or Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

Business Name: zhuoxianlaixiaoshangmaodian

Business Address:
思明区
邮电门通大厦4号楼1203
厦门市
福建
361000
CN

Shipping Policies ⌄

Other Policies ⌄

Help ⌄

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

⊕ English    🇺🇸 United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

**Brand**

LovesTown
Zayin
Bombom Tree
Bolbove
Rusee
Amosfun
MeCids
Yecuip
Rudolph
HXGHAR
Amazer
MiKoSoRu
Comfort Zone
ERYULETOY
Joie MSCI

## Results

Price and other details may vary based on product size and color.



**LOVESTOWN Floor Puzzles for Kids, 48 PCS Jumbo Puzzles 3 x 2 Ft. Animal Floor Puzzle Giant Jigsaw Puzzle...**

★★★★★ ∨ 376

100+ bought in past month

$31.11        Ages: 3 years and up

FREE delivery **Dec 8 - Jan 1**
Only 18 left in stock - order soon.



**Metal Skull Poker Magnetic Slider Toy Metal Poker Push Card Slider EDC Fidget Novelty Toys Fun Office Desk...**

★★★★☆ ∨ 18

Save 10%        Ages: 13 years and up

$8.00 Typical: $8.89
Lowest price in 30 days

FREE delivery **Dec 8 - Jan 1**
Only 18 left in stock - order soon.



Oomph! Sweets, Low
Sugar Mini Candy...
$17.27 $19.19 ✓prime
Save 10% more
with Subscribe & Save

Sponsored ⓘ



**6 Pcs Cute Animal Cat Characters Toys Halloween Cat Figures Toy Set Mini Figure Collection Playset, Cake...**

★★★★☆ ∨ 140

50+ bought in past month

$12.88        Ages: 13 years and up

FREE delivery **Dec 8 - Jan 1**
Only 18 left in stock - order soon.



**Pet Plastic Clear Cone Recovery E-Collar with Dots Design Soft Edge for Small Dogs & Cats (Medium, Red)**

★★★★☆ ∨ 6,229

$12.88 ($12.88/Count)

FREE delivery **Dec 8 - Jan 1**
Only 11 left in stock - order soon.



**Transforming Dinosaur Toys, Transforming Dinosaur Car, Automatic Transform Dino Cars with Music and LED Light...**

★★★★☆ ∨ 2,010

$13.00 Typical: $13.99        Ages: 3 years and up

FREE delivery **Dec 8 - Jan 1**
Only 16 left in stock - order soon.

**Amosfun Christmas Wine Bottle Cover Bags White Faux Fur Christmas Bottle Cover Bag with Drawstring Wine Gif...**

★★★★☆ ∨ 19

$14.00

FREE delivery **Dec 8 - Jan 1**





# Checkout (1 item)

1 **Shipping address**

[redacted]

Change

Add delivery instructions

2 **Payment method**

[redacted]

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Dec. 8, 2023 - Jan. 1, 2024**

Items shipped from LijiarunUS

**Holiday Treats Christmas Decorations Porch Light Covers Outdoor Yard Or Indoor. Set of 2 Festive Snowman in Mistletoe Hat.**

$24.71

Qty: 1

Sold by: LijiarunUS

Not eligible for Amazon Prime (Learn more)

Gift options not available

**Choose a delivery option:**

◉ **Friday, Dec. 8 - Monday, Jan. 1**

FREE Standard Shipping

Place your order

**Order total: $26.19**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $24.71 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.71 |
| Estimated tax to be collected:* | $1.48 |
| **Order total:** | **$26.19** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Order Details

Ordered on November 16, 2023 | Order# 111-9869346-3785021

View or Print invoice

**Shipping Address**

[redacted]

Change

**Payment method**

[redacted]

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $24.71 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $24.71 |
| Estimated tax to be collected: | $1.48 |
| **Grand Total:** | **$26.19** |

See tax and seller information

## Arriving Dec 8, 2023 - Jan 1, 2024

Track package

Holiday Treats Christmas Decorations Porch Light Covers Outdoor Yard Or Indoor. Set of 2 Festive Snowman in Mistletoe Hat.

Sold by: LijiarunUS

$24.71

**Condition:** New

Buy it again

Change Payment Method

Cancel items

Archive order

## Products related to your order

Page 1 of 5

Sponsored

Juvale 12-Pack of Christmas Tree Decorations - Miniature Christmas Decoration… 44 $8.57 prime

Boao 8 Pieces Metal Christmas Tree Ornaments Set Tin Santa Angel Decorations San… 57 $14.99 prime

Twinkle Star 2 Pack Halloween Porch Light Covers, Decorative Jack-o-Lantern Porch Lamp… 453 $27.99 prime

8 Pack Christmas Tree Decorations Ornaments Set,Pendant Plush Snowman Santa Claus… 640 $13.99 prime

## Recommended based on your purchase history

Sponsored

# Seller Display Name
# MSDMSASD


# Seller ID
# A3GB153ML8NH2M

11/22/23, 1:33 PM     Amazon.com: 2 Christmas Porch Light Covers, Outdoor Light Covers for Corridor Wall Lamp, Xmas Outdoor Snowman Holiday P...

Case 2:23-cv-02133-MRH   Document 13-15   Filed 12/19/23   Page 13 of 30



‹ Back to results









Roll over image to zoom in

# 2 Christmas Porch Light Covers, Outdoor Light Covers for Corridor Wall Lamp, Xmas Outdoor Snowman Holiday Plastic Cover Decor for Porch, Front Door (Snowman, Christmas)

Visit the MSDMSASD Store

5.0 ★★★★★   1 rating

$34⁹⁹

**Get a $200 Gift Card:** Pay $0.00 $34.99 upon approval for Prime Visa. No annual fee.

Size:
**Christmas**

Color:
**Snowman**

| Brand | MSDMSASD |
|---|---|
| Color | Snowman |
| Material | metal, plastic, Eva |
| Special Feature | Christmas |
| Mounting Type | Wall Mount |
| Number of Items | 1 |
| Number of Pieces | 1 |

## About this item

- for porch covers
- christmas for friends lampshade
- lantern supply
- outdoor light lamp accessory
- holiday light

📄 Report incorrect product information.

$34⁹⁹

$6.99 delivery **December 5 - 8.**
Details

📍 Deliver to ▮▮▮▮▮▮

**In stock**
Usually ships within 2 to 3 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

| Ships from | MSDMSASD |
|---|---|
| Sold by | MSDMSASD |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

Add to List





bestchoiceproducts

**Outdoor Reindeer & Sleigh...**
★★★★½ 1,754
Black Friday Deal
$99⁹⁹

Sponsored ⓘ





Conditions of Use   Privacy Notice   Your Ads Privacy Choices  ✓✕
© 1996-2023, Amazon.com, Inc. or its affiliates

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return an

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party selle
timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to u
are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** HandanJingzhuoMetalProductsSales Co.,Ltd.
**Business Address:**
临洺关镇河北铺飞宇螺丝大世界
邯郸市
永年区
河北省
057150
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

**amazon** prime

Deliver to ▢

MSDMSASD ▾ | Search Amazon | 🔍

🇺🇸 EN ▾   Hello ▢ Account & Lists ▾   Returns & Orders   🛒 0

☰ All   **Black Friday Deals**   Medical Care ▾   Amazon Basics   Buy Again   Customer Service   Pet Supplies   Coupons   Beauty & Personal Care

1-16 of over 1,000 results      Sort by: Featured ▾

**Brand**
BLGKJDYY
MSDMSASD
BBkewllclo

Shop now

Sponsored ⓘ

### Results

Price and other details may vary based on product size and color.



**BLGKJDYY Shark Inflatable Flying Air Toy Remote Control Shark Swimming Fish RC Animal Toy Helium Balloon Gift...**
★★★☆☆ ˅ 26
$15.99 Typical: $20.82
$6.99 delivery **Dec 5 - 8**

**Women Sleeveless Button Down Denim Vest Deep V Neck Jean Tank Tops Sexy Going Out Solid Color Fitted Denim...**
★★★☆☆ ˅ 2
$15.99 Typical: $27.99
$6.99 delivery **Dec 5 - 8**



**Sexy Women Shorts Letters Print Sport Workout Clubwear Homewear Attractive Stretch Fit Bottoms**
★★★½☆ ˅ 420
$5.88
$6.99 delivery **Dec 5 - 8**

**Women's Ribbed Short Sleeve Crop Tops Square Neck Ruched T-Shirts Solid Slim Fit Cropped Shirts Streetwear**
$7.99
$6.99 delivery **Dec 5 - 8**



**Women Long Sleeve Sheer Mesh Crop Top Low Cut Slim Fitted Cropped Blouse Sexy Solid Color See Through...**
$8.99
$6.99 delivery **Dec 5 - 8**

# amazon

## Checkout (1 item)

🔒

| 1 | **Shipping address** | ████████████████ | Change |

Add delivery instructions

| 2 | **Payment method** | ████████████████ | Change |

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

### 3   Review items and shipping

ℹ️ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Dec. 5, 2023 - Dec. 8, 2023**
Items shipped from MSDMSASD



**2 Christmas Porch Light Covers, Outdoor Light Covers for Corridor Wall Lamp, Xmas Outdoor Snowman Holiday Plastic Cover Decor for Porch, Front Door (Snowman, Christmas)**
**$34.99**
Qty: 1 ˅
Sold by: MSDMSASD
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Tuesday, Dec. 5 - Friday, Dec. 8**
$6.99 - Standard Shipping

**Place your order**

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**.

### Order Summary

| | |
|---|---|
| Items: | $34.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $41.98 |
| Estimated tax to be collected:* | $2.52 |
| **Order total:** | **$44.50** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

**Place your order**   **Order total: $44.50**
By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**.

*Why has sales tax been applied? **See tax and seller information.**

Need help? Check our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's **Returns Policy.**

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**

amazon prime

Deliver to ▮▮▮

All ▾   Search Amazon   🔍

🇺🇸 EN ▾   Hello ▮▮▮   Returns   🛒 0
              Account & Lists ▾   & Orders

≡ All   Black Friday Deals   Medical Care ▾   Amazon Basics   Buy Again   Customer Service   Pet Supplies   Coupons   Shop Black Friday now

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 22, 2023  |  Order# 114-8268002-6485041

View or Print invoice

| Shipping Address | Payment method | Apply gift card balance | Order Summary | |
|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | Enter code | Item(s) Subtotal: | $34.99 |
| | | Apply | Shipping & Handling: | $6.99 |
| Change | | | Total before tax: | $41.98 |
| | | | Estimated tax to be collected: | $2.52 |
| | | | **Grand Total:** | **$44.50** |
| | | | See tax and seller information | |

### Arriving Dec 5 - Dec 8



2 Christmas Porch Light Covers, Outdoor Light Covers for Corridor Wall Lamp, Xmas Outdoor Snowman Holiday Plastic Cover Decor for Porch, Front Door (Snowman, Christmas)
Sold by: MSDMSASD
$34.99
**Condition:** New

🔄 Buy it again

Track package

Problem with order

Change Payment Method

Cancel items

Archive order

**Get a care team on call**
For you and your family.

prime | one medical

Learn more ▸

## Recommended based on your shopping trends

Sponsored ⓘ

Page 1 of 2



2 Pack Christmas Snowman Porch Light Covers Good Light Transmission Lamp Covers for Front Yard,
★★★★☆ 10
$19.99 ✓prime

Evoio Christmas Porch Light Covers, 2 Pack Snowman Porch Light Covers Outdoor Christmas Decoration
★★★★★ 29
$31.79 ✓prime

Litake Christmas Cute Porch Light Covers for Porch Lights, Garage Lights,Christmas Decorations,Large Light
★★★★☆ 285
$26.99 ✓prime

SOLLED 2 Pack Christmas Porch Light Covers, Holiday Snowman Porch Light Covers for Outdoor
★★★★☆ 148
$29.99 ✓prime

Holiday Snowman Hea Porch Light Cover Snowman
★★★★☆ 285
$19.99 ✓prime

# Seller Display Name

# NAUD LLC

# Seller ID

# A1QSLU1C3UWA1Q





Patio, Lawn & Garden › Outdoor Décor › Outdoor Holiday Decorations

Sponsored ⓘ

FUNPENY 2 Pack Snowman Christmas Porch Light Covers 12 Inch, Christmas Outdoor Decorations Holiday Light Covers for Porch Lights, Garage Lights, Large Light Fixtures

Visit the FUNPENY Store

★★★★☆   477 ratings

700+ bought in past month

$29⁹⁹

FREE Returns ∨

With Amazon Business, you would have saved $69.46 in the last year. Create a free account and save up to 3% today.

Unlock a $150 Amazon Gift Card upon approval for Prime Visa.

| Brand | FUNPENY |
|---|---|
| Material | Eva |
| Theme | Christmas |

## About this item

- **Warm Christmas decoration:** Funpeny Christmas porch lampshade has a cute glowing face of a snowman. Decorate the porch to create a welcome entrance for the garage, terrace and other entrance passages. The smiley snowman light cover is indeed a great Christmas decoration. In the cold winter, the red nose and blush cheeks add warmth to us. Merry Christmas and Happy New Year.

- **Eye-catching appearance:** Illuminate your home in the cheers of winter! This is definitely a surprising effect, with a holiday icon attached to the outdoor light. The snowman's light is very beautiful and warmly welcomes guests, visitors and family.

- **Easy to use:** Each snowman light post cover is equipped with an elastic rope that can slide on most standard porch lamps for quick and easy installation. Ideal for porches, side doors or garage doors, perfect outdoor holiday decoration.

- **Safe and durable:** The outdoor snowman decoration is made of high-quality EVA, soft and durable, and can withstand rain, snow, wind or sleet. At the same time, the lamp post cover has good light transmission and will not damage or burn your current lighting system-no safety hazards.

Delivery    Pickup

$29⁹⁹

FREE Returns ∨

FREE Prime delivery **Tuesday, November 14**. Order within 9 hrs 39 mins

Deliver to

**In Stock**

Qty: 1 ∨

Add to Cart

Buy Now

Ships from   Amazon
Sold by   NAUD LLC
Returns   Returnable until Jan 31, 2024
Payment   Secure transaction

☐ Add a gift receipt for easy returns

Add to List

Sponsored ⓘ





amazon prime | Deliver to [redacted] | All | Search Amazon | EN | Hello [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Service | Whole Foods | Pet Supplies | Coupons | Beauty & Personal Care | Household, Health & Baby Care | Shop By Interest | Amazon Home | Handmade | prime THURSDAY NIGHT FOOTBALL 04 : 37 : 23

# NAUD LLC

Visit the NAUD LLC storefront

**99% positive** in the last 12 months (269 ratings)

FUNPENY 2 Pack Snowman Chris...

USD 29.99

Add to Cart

## About Seller

With a long-standing commitment to creating **festival spaces**, is a highly reputed manufacturer of **Christmas and Halloween products**. Our expertise lies in designing, developing, and manufacturing a diverse range of **decorations** that exude the spirit of the festive season.
Our commitment to delivering superior quality is unwavering. We take pride in ensuring that all our products meet stringent quality standards, and we guarantee that we will never manufacture or sell products with subpar qualit...

See more

**Have a question for NAUD LLC?**

Ask a question

## Feedback

4.9 out of 5
269 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 87% |
| 4 star | | 12% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

269 total feedbacks in 12 months

"Looks hoid"
By Nancy Washkevich on November 9, 2023.

"Love the nostalgia."
By Cheryl on November 9, 2023.

"It was cheap looking"
By Manijehmalek on November 8, 2023.

"Arrived promptly in perfect condition!"
By beachreaderhhi17 on November 6, 2023.

"The battery compartment is so cheaply made that the battery wouldn't stay in place. It's cute without the light"
By Grant Blanchard on November 4, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** NAUD LLC
**Business Address:**
1067 E Holt Blvd #7
Ontario
CA
91761
US

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amp Host your own live radio show with music you love
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands

**Brand**

FUNPENY



Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.



Amazon's Choice

**FUNPENY Snowman Christmas Porch Light Covers, Christmas Outdoor Decoration Holiday Light Covers for...**

★★★★☆ ∨ 503

$19⁹⁹

✓prime

FREE delivery **Mon, Nov 13**

---



Funpeny 11 Inch Glitter Gold Star Tree Topper, Lighted Christmas Treetop with 10 Lights Christmas Decorations...

★★★★☆ ∨ 1,117

500+ bought in past month

$16⁹⁹

Save 40% with coupon

✓prime One-Day

FREE delivery **Tomorrow, Nov 10**

---



FUNPENY 2 Pack Snowman Christmas Porch Light Covers 12 Inch, Christmas Outdoor Decorations Holiday Light...

★★★★☆ ∨ 477

700+ bought in past month

$29⁹⁹

Prime

FREE delivery **Tue, Nov 14**

---



FUNPENY Set of 3 Christmas Lighted Gift Boxes, Plug in 60 LED Light Up Tinsel Present Box Decorations for...

★★★★☆ ∨ 297

600+ bought in past month

$29⁹⁹

Save 20% with coupon

✓prime One-Day

FREE delivery **Tomorrow, Nov 10**

---



FUNPENY 60 Pcs Colorful Wooden Train and Track Sets,Train Railway Sets Toys for 3+ Years Kids,Boys,Girls...

★★★★☆ ∨ 552

500+ bought in past month

$39⁹⁹

Save 40% with coupon

✓prime

FREE delivery **Mon, Nov 13**

---

FUNPENY 16" Christmas Decorations Nutcracker Figures, Wooden Gingerbread Man Collectible Nutcracker for...

★★★★☆ ∨ 120

200+ bought in past month



amazon

Checkout (1 item)

**1  Shipping address**                                              Change

Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi  (See details)
Change to pickup

**2  Payment method**                                               Change

∧ Add a gift card or promotion code or voucher

[ Enter code ]  Apply

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

┌─────────────────────────────────────────────────────────────┐
│ **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.** │
└─────────────────────────────────────────────────────────────┘

**Arriving Nov. 15, 2023** If you order in the next 4 hours and 44 minutes (Details)
Items shipped from Amazon.com

**FUNPENY 2 Pack Snowman Christmas Porch Light Covers 12 Inch, Christmas Outdoor Decorations Holiday Light Covers for Porch Lights, Garage Lights, Large Light Fixtures**
$29.99 ✓prime
& FREE Returns ∨
Qty: 1 ∨
Sold by: NAUD LLC
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Tomorrow, Nov. 15**
FREE One-Day Delivery
○ **Friday, Nov. 17**
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips. ∨
Change delivery day

**Place your order**    **Order total: $31.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items:                           $29.99
Shipping & handling:              $0.00

Total before tax:                $29.99
Estimated tax to be collected:    $1.80

**Order total:**               **$31.79**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Deliver to [redacted] | All | Search Amazon | EN | Hello [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Service | Whole Foods | Pet Supplies | Coupon Party now live

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 14, 2023 | Order# 111-6009540-8274640

View or Print invoice

**Shipping Address**

[redacted]

Change

**Payment method**

[redacted]

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $1.80 |
| **Grand Total:** | **$31.79** |

## Arriving tomorrow by 10pm

FUNPENY 2 Pack Snowman Christmas Porch Light Covers 12 Inch, Christmas Outdoor Decorations Holiday Light Covers for Porch Lights, Garage Lights, Large Light Fixtures

Sold by: NAUD LLC

$29.99

**Condition:** New

Add gift option

Buy it again

Track package

Change Payment Method

Cancel items

Archive order

## Products related to your order

Page 1 of 5

Sponsored

Winter Snowman Christmas Tree Garden Flag Snow Snowflakes Double Sided Flags Ho…
1,920
$15.99 prime

BN-LINK 24 Hour Mechanical Outdoor Multi Socket Timer, 6 Outlet Garden Power S…
11,444
$23.99 prime

SearchI 4 Pack Super Fit Stretch Removable Washable Short Dining Chair Covers Slipcover…
10,054
$26.99 prime

Desirable Life Pack of 50 Chair Sashes Sequin Stretchy Spandex Bands Decorative Bows One-…
1,560
$59.99 prime

## Recommended based on your shopping trends

Sponsored

# Seller Display Name

# Nexleeve

# Seller ID

# A2WSJCM3YPMQAQ




Sponsored ⓘ

**Deer Family Set, 4ft 3-Piece, 175 LED Lights, by Best Choice Products...**   $89⁹⁹ ✓prime

‹ Back to results



Roll over image to zoom in

      

...ks Christmas
... Light
...rs,Christmas
...oor Decoration
...y Snowman
... Covers Great for
...dard Porch Light
...ration (B)

...ightmate

$43¹²

**Get a $200 Gift Card:** Pay $0.00 $43.12 upon approval for Prime Visa. No annual fee.

Color: B ⌃

| | |
|---|---|
| $43.12 | $43.12 |

| | |
|---|---|
| Color | B |
| Brand | Lightmate |
| Theme | Christmas |

**About this item**

- WARM CHRISTMAS DECOR:These Christmas porch light covers feature Snowman cute glowing face. Decorating the door porches to create a welcome entrance for garages, patios, and other entryways.

- Safe and Durable: The outdoor snowman decoration is made of high-quality EVA, soft and durable, and can withstand rain, snow, wind or sleet. At the same time, the lamp post cover has good light transmission and will not damage

$43¹²

$2 delivery **December 14 – January 5.** Details

◉ Deliver to ▇▇▇▇▇▇▇

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | Nexleeve |
| Sold by | Nexleeve |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

[ Add to List ]




bestchoiceproducts

**Outdoor Reindeer & Sleigh Set, by...**
★★★★½ 1,754
Black Friday Deal
$99⁹⁹

Sponsored ⓘ





Conditions of Use    Privacy Notice    Your Ads Privacy Choices 

© 1996-2023, Amazon.com, Inc. or its affiliates

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return an

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party selle
timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to u
are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Anhui Xingdong Qiche Maoyi Co.,Ltd
**Business Address:**
     大连路北518号南翔汽车城A区1幢2幢1-126
     合肥市
     包河区
     安徽省
     230041
     CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.