Amazon ad

**amazon** prime

Deliver to ▮▮▮

Nexleeve ⌄    Search Amazon    🔍

EN ⌄    Hello, ▮▮▮ Account & Lists ⌄    Returns & Orders    🛒 0

☰ All    **Black Friday Deals**    Medical Care ⌄    Amazon Basics    Buy Again    Customer Service    Pet Supplies    Coupons    Beauty & Personal Care

1-16 of 35 results    Sort by: Featured ⌄

**Brand**
Lightmate
Nexleeve
Nother

[Sponsored product card with Add to cart button]

Add to cart

Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.

Fluorescent Light Filters, Light Covers for Classroom Office Hospital, 2x4ft, Flame-Retardant Panels, Flame Retardan...
`Fluorescent`
★★★★½ ⌄ 88
**Black Friday Deal**
$14.38 Typical price: ~~$17.98~~
Exclusive Prime price
Prime
FREE delivery **Mon, Nov 27**

Fluorescent Light Filters, Light Covers for Classroom Office Hospital, 2x4ft, Flame-Retardant Panels, Flame Retardan...
★★★★½ ⌄ 42
$35.98
Prime
FREE delivery **Mon, Nov 27**

Lightmate Baby Soft Breathable Silicone Ear Correctors Tape,Baby Auricle Valgus Correction Patch for Child Infa...
★★★½☆ ⌄ 2
$18.50 ($18.50/Count)
Prime
FREE delivery **Mon, Nov 27**



40PCS/Set Girl Hair Ring Children Ponytail Elastic Rubber Band Hair Band Hair Accessories girl Headband Scrunchie...
`Scrunchie`
★★★★☆ ⌄ 27
$13.28 ($2.21/Count)
Prime
FREE delivery **Thu, Nov 30**



8 Pieces Pack Small Hair Clips for Little Girls 3Inches Sequin Cloth Bows Hair Clip for Little Girls and Teens...
`8 Count (Pack of 1)`
★★★★½ ⌄ 28
**Black Friday Deal**



# amazon

## Checkout (1 item)

🔒

**1  Shipping address**                                                          Change

████████████████████████

Add delivery instructions

**2  Payment method**                                                            Change

████████████████████████

⌃ Add a gift card or promotion code or voucher

[ Enter code ]    Apply

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.



**Arriving Dec. 14, 2023 - Jan. 5, 2024**
Items shipped from Nexleeve

**2 Packs Christmas Porch Light Covers,Christmas Outdoor Decoration Supply Snowman Light Covers Great for Standard Porch Light Decoration (B)**
**$43.12**
Qty: 1 ⌄
Sold by: Nexleeve
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Thursday, Dec. 14 - Friday, Jan. 5**
$2.00 - Standard Shipping

---

[ Place your order ]    **Order total: $47.83**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

| | |
|---|---|
| **Place your order** | |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $43.12 |
| Shipping & handling: | $2.00 |
| Total before tax: | $45.12 |
| Estimated tax to be collected:* | $2.71 |
| **Order total:** | **$47.83** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Order Details

Your Account › Your Orders › Order Details

## Order Details

Ordered on November 22, 2023   |   Order# 114-6865379-4734658

View or Print invoice

**Shipping Address**

**Payment method**

**Apply gift card balance**

Enter code

Apply

**Order Summary**

Item(s) Subtotal: $43.12
Shipping & Handling: $2.00
Total before tax: $45.12
Estimated tax to be collected: $2.71
**Grand Total:** **$47.83**

See tax and seller information

Change

**Arriving Dec 14, 2023 - Jan 5, 2024**

Track package

2 Packs Christmas Porch Light Covers,Christmas Outdoor Decoration Supply Snowman Light Covers Great for Standard Porch Light Decoration (B)
Sold by: Nexleeve
$43.12
Condition: New

Buy it again

Problem with order

Change Payment Method

Cancel items

Archive order

# Get a care team on call

For you and your family.

prime | one medical

Learn more ›

## Recommended based on your shopping trends

Page 1 of 2

Sponsored ⓘ



2 Pack Christmas Snowman Porch Light Covers Good Light Transmission Lamp Covers for Front Yard,
★★★★½ 10
$19.99 ✓prime

Evoio Christmas Porch Light Covers, 2 Pack Snowman Light Covers Outdoor Christmas Decoration
★★★★★ 29
$31.79 ✓prime

Litake Christmas Cute Porch Light Covers for Porch Lights, Garage Lights,Christmas Decorations,Large Light
$26.99 ✓prime

SOLLED 2 Pack Christmas Porch Light Covers, Holiday Snowman Porch Light Covers for Outdoor
★★★★½ 148
$29.99 ✓prime

Holiday Snowman Hea Porch Light Cover Snowman
★★★★½ 285
$19.99 ✓prime

# Seller Display Name
# Shaosai

# Seller ID
# A1RG54WY4XSK8



‹ Back to results



Sponsored ⓘ

Delivery | Pickup

ShaoSai 2Pcs Snowman Porch Light Covers for Christmas Decoration,Xmas Light Cover for Porch Lights, Garage Lights,EVA Snowman with Hats Light Covers Christmas Outdoor Decorations

The ShaoSai Store
★★★★½ ⌄   14 ratings
200+ bought in past month

$25.99
✓prime
FREE Returns ⌄

Coupon: ☐ Apply 10% coupon   Shop items › | Terms

Unlock a $150 Amazon Gift Card upon approval for Prime Visa.

Style:
**Snowman**

Unit Count:
**2.0**

| Color | Snowman |
| --- | --- |
| Brand | ShaoSai |
| Material | EVA Plastic |
| Theme | Christmas Out Decor |
| Item Dimensions LxWxH | 14 x 10 x 6 inches |

### About this item

- ⛄ 【Christmas Porch Decorations】Cute Snowman light covers with red nose and classic red fruits, holly leaves elements add holiday cheer to your home's exterior, both day and night. The snowman lamp covers are ideal for porches, side doors, balconies, or garage doors. It's also suitable for home lighting, decoration, wall lighting, bars, parties. The smiley snowman light cover is indeed a great Christmas decoration. In the cold winter, Merry Christmas and Happy New Year.

$25.99
✓prime
FREE Returns ⌄

FREE delivery **Monday, November 13**. Order within **8 hrs 38 mins**

◉ Deliver to ▮▮▮▮▮▮

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
| --- | --- |
| Sold by | Shaosai |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

Sponsored ⓘ





# Shaosai

Visit the Shaosai storefront

88% positive in the last 12 months (32 ratings)

ShaoSai 2Pcs Snowman Porch Lig...

USD 25.99

Add to Cart

## About Seller

Shaosai is committed to providing each customer with the highest standard of customer service.

Have a question for Shaosai?

Ask a question

## Feedback

4.4 out of 5

32 ratings

12 months

| | |
|---|---|
| 5 star | 75% |
| 4 star | 13% |
| 3 star | 3% |
| 2 star | 0% |
| 1 star | 9% |

Learn more about how seller feedback works on Amazon

Share your thoughts with other customers

Leave seller feedback

FILTER BY

All stars

32 total feedbacks in 12 months

"Product is what was advertised."

By James Siler on November 8, 2023.

"Poorly made, wrong color. I returned the dress and they are refusing to give me a refund."

By Derrick Salazar on October 21, 2023.

"~~The product seem to be packaged okay but when I opened up the box the frames were broken. I am sending them back.~~"

By Ann Taylor on October 16, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"~~All 3 frames are broken. They appear to have been used.~~"

By Scott D. on October 7, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"I paid 14.99 for shipping to get it by October 4th. Still do not have it. Shipping details have not been updated. My granddaughter is disappointed to not have t..."

Read more

By Patti on October 4, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** luanmengqiwenhuachuanmeiyouxiangongsi
**Business Address:**
振兴金融大厦703室
六安市
裕安区
安徽省
237010
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

**Brand**

ShaoSai

## Results

Price and other details may vary based on product size and color.



ShaoSai 2Pcs Snowman Porch Light Covers for Christmas Decoration,Xmas Light Cover for Porch Lights, Garage...

★★★★½ ∨ 14

200+ bought in past month

$25.99

Save 10% with coupon

✓prime
FREE delivery **Mon, Nov 13**



ShaoSai 48 Inch Knitted Christmas Tree Skirt,Red Knit Thick Tree Skirt,Rustic Farmhouse Christmas Tree Decor...

$22.99 Typical: $24.99

Save 10% with coupon

✓prime One-Day
FREE delivery **Tomorrow, Nov 10**



ShaoSai 8.3x11.8 Front Loading Kids Art Frame in Black,Kids Artwork Storage Frame Changeable Display fo...

★★★½ ∨ 31

50+ bought in past month

Save 35%

$11.99 ($0.07/None)

Typical: $18.40

Save 20% with coupon

✓prime
FREE delivery **Mon, Nov 13**

Sponsored ⓘ



ShaoSai Front Loading Kid Art Work Display Frame 8.3"x11.8",Changeable Kids Art Frames with Front...

★★★½ ∨ 22

50+ bought in past month

$13.99 Typical: $54.99

Save 20% with coupon

✓prime
FREE delivery **Mon, Nov 13**



ShaoSai 8.3"x11.8" Front Opening Kids Art Frames,Changeable Artwork Storage Frames for Kids...

★★★★ ∨ 6

$9.99 Typical: $22.99

Save 20% with coupon

✓prime One-Day
FREE delivery **Tomorrow, Nov 10**



ShaoSai Flower Girl Satin Tulle Dresses for Wedding Kids Pearls Princess Pageant Dress First Communion Dress wit...

★★★★★ ∨ 2

# amazon

## Checkout (1 item)

**1   Shipping address**

Change

**Add delivery instructions**

**FREE pickup available nearby**
Keep • 3.7 mi  (See details)
**Change to pickup**

**2   Payment method**

Change

∧ **Add a gift card or promotion code or voucher**

[ Enter code ]   [ Apply ]

**3   Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Nov. 16, 2023** If you order in the next 11 hours and 53 minutes (Details)
Items shipped from Amazon.com



**ShaoSai 2Pcs Snowman Porch Light Covers for Christmas Decoration,Xmas Light Cover for Porch Lights, Garage Lights,EVA Snowman with Hats Light Covers for Christmas Outdoor Decorations**
~~$27.99~~ **$26.03** ✓prime
& **FREE Returns** ∨
Qty: 1 ∨
Sold by: Shaosai
**$1.96 discount applied** ∨
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Nov. 16**
  FREE Prime Delivery
○ **Friday, Nov. 17**
  FREE Amazon Day Delivery
🌱 **Fewer boxes, fewer trips.** ∨
**Change delivery day**

---

[ Place your order ]   **Order total: $27.59**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

| | |
|---|---|
| Place your order | |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $27.99 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$1.96 |
| Total before tax: | $26.03 |
| Estimated tax to be collected: | $1.56 |
| **Order total:** | **$27.59** |

Qualifying offers:
  • Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



amazon prime Deliver to [redacted] All Search Amazon EN Hello [redacted] Account & Lists Returns & Orders 0
All Holiday Deals Medical Care Amazon Basics Buy Again Customer Service Whole Foods Pet Supplies Decorate for the holidays

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 14, 2023 | Order# 111-5075406-3402638

View or Print invoice

**Shipping Address**

[redacted]

Change

**Payment method**

[redacted]

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $27.99 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$1.96 |
| Total before tax: | $26.03 |
| Estimated tax to be collected: | $1.56 |
| **Grand Total:** | **$27.59** |

## Arriving Thursday

ShaoSai 2Pcs Snowman Porch Light Covers for Christmas Decoration,Xmas Light Cover for Porch Lights, Garage Lights,EVA Snowman with Hats Light Covers for Christmas Outdoor Decorations

Sold by: Shaosai

$27.99

**Condition:** New

Add gift option

Buy it again

Track package

Change Payment Method

Cancel items

Archive order

## Frequently bought with ShaoSai 2Pcs Snowman Porch Light Covers for Christ...

DEWENWILS Outdoor Power Stake Timer Waterproof, 100FT Wireless Remote Control, 6 Grounded Outlets, 6…

12,683

$26.99

prime FREE One-Day

XIMISHOP 82PCS Christmas Snowflake Window Clings Stickers for Glass, Xmas Decals…

5,352

#1 Best Seller in Window Stickers

$7.99

prime FREE One-Day

Ivenf Christmas Decorations Outdoor Yard Front Porch Sign Set, Red Black Buffalo…

2,853

#1 Best Seller in Yard Signs

$14.99

prime FREE One-Day

Christmas Decorations Merry Christmas Banner Xmas Porch Door Sign Welcome Banner For Indoor Outdoor Wall…

292

$14.97

prime FREE Delivery

## Recommended based on your shopping trends

Sponsored

# Seller Display Name

# Sheng Xuanya

# Seller ID

# A3CVN1OPC9TUEB

Case 2:23-cv-02133-MRH    Document 13-16    Filed 12/19/23    Page 12 of 31



‹ Back to results




Click image to open expanded view

# ZYPNB Christmas Snowman Porch Light Cover,Wall Lamp Lampshade Outdoor Porch Lamp Decor Christmas Party Decorations

Brand: ZYPNB

| Brand | ZYPNB |
|---|---|
| Indoor/Outdoor Usage | Outdoor, Indoor |
| Special Feature | Waterproof |
| Light Source Type | LED |
| Power Source | AC/DC |
| Light Color | Red |

⌄ See more

## About this item

- Christmas Snowman Porch Light Covers:This snowman outdoor porch light covers create a welcome entrance to porches,garages,patios,and other entryways.
- Durable Outdoor Light Covers:Made of environmentally friendly EVA textured plastic,crystallized and looks like snow.Waterproof and moisture-proof,bad weather wont bring down your holiday atmosphere.
- Easy Installation:No Tools or Installation Required.Each snowman light cover is equipped with an elastic cord which can slide over most of the standard porch light fixture for quick and easy installation.
- Suitable Size:9.5"*11.5"*4.8",perfect for most home lights.Snowman light cover decorations can be hung on porch lights,indoor wall lights or wall lighting to bring a Christmas atmosphere to your indoor and outdoor spaces.
- Christmas Decorations:A true Christmas gift for everyone who loves holiday decor,our snowman light cover can be proudly displayed all season long.

› See more product details

⚠ Report incorrect product information.

No featured offers available
Learn more ⌄

📍 Deliver to ▇▇▇▇▇▇

See All Buying Options

Add to List



Brizled Solar Vine String Lights…
★★★★½ 65
20% off    Black Friday Deal
$12⁷⁹  $15.99  ✓prime

Sponsored ⓘ









amazon prime Deliver to [redacted] All Search Amazon EN Hello, [redacted] Account & Lists Returns & Orders 0

All Black Friday Deals Medical Care Amazon Basics Buy Again Customer Service Pet Supplies Coupons Shop Black Friday now

# Sheng Xuanya

Just launched | No feedback yet

**ZYPNB Christmas Snowman Porc...**

USD37.81

Add to Cart

## About Seller

Sheng Xuanya is committed to providing each customer with the highest standard of customer service.

**Have a question for Sheng Xuanya?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** DaTongShiShengXuanYaDianZiShangWuYouXianGongSi
**Business Address:**
文兴路西侧御东九号南门往东10米
大同市
平城区
山西省
037000
CN

## Shipping Policies

## Other Policies

## Help

Leave seller feedback

Amazon.com Checkout

# amazon

## Checkout (1 item)

🔒

**1** **Shipping address**    ▮▮▮▮▮▮▮▮▮▮    Change

Add delivery instructions

**2** **Payment method**    ▮▮▮▮▮▮▮▮▮▮    Change

˄ Add a gift card or promotion code or voucher

[ Enter code ]    Apply

**3** **Review items and shipping**

ℹ️ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Dec. 20, 2023 - Jan. 8, 2024**
Items shipped from Sheng Xuanya



**ZYPNB Christmas Snowman Porch Light Cover,Wall Lamp Lampshade Outdoor Porch Lamp Decor Christmas Party Decorations**
**$37.81**
Qty: 1
Sold by: Sheng Xuanya

Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Wednesday, Dec. 20 - Monday, Jan. 8**
$4.49 - Standard Shipping

---

Place your order    **Order total: $44.84**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $37.81 |
| Shipping & handling: | $4.49 |
| Total before tax: | $42.30 |
| Estimated tax to be collected:* | $2.54 |
| **Order total:** | **$44.84** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?



amazon prime

Deliver to █████

All ▾    Search Amazon    🔍

🇺🇸 EN ▾    Hello, █████ Account & Lists ▾    Returns & Orders    🛒 0

☰ All    **Black Friday Deals**    Medical Care ▾    Amazon Basics    Buy Again    Customer Service    Pet Supplies    Coupons    **Shop Black Friday now**

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 22, 2023  |  Order# 114-4717951-9737036

[ View or Print invoice ]

| **Shipping Address** | **Payment method** | **Apply gift card balance** | **Order Summary** | |
|---|---|---|---|---|
| ██████████ | ██████ | [ Enter code ] | Item(s) Subtotal: | $37.81 |
| | | [ Apply ] | Shipping & Handling: | $4.49 |
| [ Change ] | | | Total before tax: | $42.30 |
| | | | Estimated tax to be collected: | $2.54 |
| | | | **Grand Total:** | **$44.84** |
| | | | See tax and seller information | |

### Arriving Dec 20, 2023 - Jan 8, 2024



**ZYPNB Christmas Snowman Porch Light Cover,Wall Lamp Lampshade Outdoor Porch Lamp Decor Christmas Party Decorations**
Sold by: Sheng Xuanya
$37.81
**Condition:** New

[ Track package ]
[ Problem with order ]
[ Change Payment Method ]
[ Cancel items ]
[ Archive order ]

---

## Buy it again    View All & Manage

Page 1 of 5    ⋮









| Cabilock Purse Hook 40 Pcs Closet s Hook Hanging Hooks s Shape Wardrobe Bag Hanger Closet Purse Hanger Large Black Purse Hea… | Purse Hanger for Closet, Unique Twist Design Bag Hanger Purse Hooks, Large Size Closet Rod Hooks for Hanging Ba… | Didiseaon 16 Pcs S Hook Closet Bag Hanger Closet Rod Hooks Purse Hanger Heavy Duty Hangers for Clothes Black Tote Black Walle… | S.H.EEE Snowman Christmas Porch Light Covers 12 Inch, Christmas Outdoor Decorations Holiday Light Covers for Porch… |
|---|---|---|---|
| | ⭐⭐⭐⭐½ 38 | ⭐⭐⭐⭐½ 38 | |
| $50.66 | $9.99 ($0.83/Count) | $31.29 | $38.99 |
| Get it Dec 5 - 14 FREE Shipping | Get it as soon as **Monday, Nov 27** FREE Shipping by Amazon Only 11 left in stock - orde… | Get it **Dec 5 - 15** FREE Shipping | Get it **Dec 14 - Jan 4** FREE Shipping Only 9 left in stock - order… |

‹    ›

---

## Buy it again    View All & Manage

# Seller Display Name
# Smirdx® DirectStore

# Seller ID
# A29QWE2BYUC94M



Patio, Lawn & Garden › Outdoor Décor › Outdoor Holiday Decorations › Lighted Holiday Displays

Sponsored ⓘ

Pack Christmas Decor, Santa
rch Light Covers for Outdoor
ristmas Decorations, Outdoor
ghted Holiday Displays for Front
or, Garage, Yard

d: Dmyifan

★★★★☆   92 ratings

$24⁹⁹

ime

FREE Returns ⌄

Unlock a $150 Amazon Gift Card upon approval for
Prime Visa.

Extra Savings
Save 5% on 5% off Dmyifan garden netting when you purchase c
1 Applicable Promotion ⌄

**Number of Items:**
**2**

**Style: Santa** ⌃

| Santa | Gnomes | Snowman |
|---|---|---|
| $24.99 | $24.99 | $24.99 |
| ✓prime | | |

| Color | Santa |
|---|---|
| **Brand** | Dmyifan |
| **Material** | EVA, Ethylene Vinyl Acetate |
| **Theme** | Holidays |
| **Item Dimensions LxWxH** | 12 x 9 x 4.7 inches |

**About this item**

- GREAT CHRISTMAS DECORATION; Super cute Santa smiley face, in the light of the orange nose can change into a slightly red nose , they look very nice in the dark.
- EASY USE: Santa porch light cover came with straps for installation, 9 "x12.6" size fits almost all lights in hallway & garage and installation takes only 30 seconds. Flexible suspension but held in place well.
- AMAZING MATERIAL: This christmas porch light cover is

**Delivery** | **Pickup**

$24⁹⁹

✓prime

FREE Returns ⌄

FREE delivery **Monday, November 13**. Order within **9 hrs 48 mins**

📍 Deliver to ▮▮▮

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from   Amazon
Sold by   Smirdx® DirectStore
Returns   Returnable until Jan 31, 2024
Payment   Secure transaction

☐ Add a gift receipt for easy returns

**Add to List**

Sponsored ⓘ





amazon prime Deliver to [redacted] All Search Amazon EN Hello [redacted] Account & Lists Returns & Orders 0
All Holiday Deals Medical Care Amazon Basics Buy Again Customer Service Whole Foods Pet Supplies Coupons Beauty & Personal Care Household, Health & Baby Care Shop By Interest Amazon Home Handmade 04 : 45 : 48

# Smirdx® DirectStore

Visit the Smirdx® DirectStore storefront

★★★★★ | **97% positive** in the last 12 months (86 ratings)

2 Pack Christmas Decor, Santa Po...
USD 24.99
Add to Cart

## About Seller

Smirdx® DirectStore is committed to providing each customer with the highest standard of customer service.

**Have a question for Smirdx® DirectStore?**

Ask a question

## Feedback

★★★★★ 4.8 out of 5
86 ratings
12 months

| | |
|---|---|
| 5 star | 85% |
| 4 star | 12% |
| 3 star | 1% |
| 2 star | 1% |
| 1 star | 1% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

86 total feedbacks in 12 months

★☆☆☆☆ "~~Would like a refund~~"
By Summer D. on November 8, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Product as pictured, well stitched semi thick material."
By Mc on October 30, 2023.

★★★★★ "Good quality"
By linda prendi on October 28, 2023.

★☆☆☆☆ "~~Disappointed~~"
By Michael G. on October 28, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "perfect Halloween spider and great price"
By Carter Whiddon on October 26, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** zhengzhoushiribeishangmaoyouxianzerengongsi
**Business Address:**
花寨路16号院
花都港湾38号楼2层南户
郑州市
管城回族区
河南省
450000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amp Host your own live radio show with music you love
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data

**Brand**

Dmyifan

Smirdx



WELCOME OFFER

Take action. Earn 120K points.

LEARN MORE

Terms apply.

Sponsored ⓘ

## Results



6 Pack 72 x 30 Inch Halloween Creepy Cloth Spooky Gauze for Party Decorations Outdoor Hanging Scary...

★★★★☆ ⌄ 4

$6.99 List: $9.89

✓prime One-Day

FREE delivery **Tomorrow, Nov 10**



Smirdx 16 Pack 5 Gallon Plant Grow Bags with Handles, Washable Fabric Pot, Durable Reusable Raised Garden Be...

★★★★☆ ⌄ 211

50+ bought in past month

$19.99

✓prime One-Day

FREE delivery **Tomorrow, Nov 10**

Options: 5 sizes





Smirdx Plant Grow Bag, 50 Gallon Large Heavy Duty Fabric Grow Pot for Durable Breathe Cloth Planting...

★★★★☆ ⌄ 1,006

$9.99

✓prime One-Day

FREE delivery **Tomorrow, Nov 10**

Options: 8 sizes

  



Dmyifan 10 Pcs Jasmine Artificial Flowers, 30" Fake Flower Arrangements, Artificial Flower Stems Bouquet for...

★★★★☆ ⌄ 46

$13.99 ($1.40/Count)

Prime

FREE delivery **Tue, Nov 14**

Only 18 left in stock - order soon.



Dmyifan 8x10Ft Ultra Fine Garden Mesh Netting Thicken Protection Netting for Vegetable Plant Fruits Health...

$9.99

Save 20% with coupon

✓prime One-Day

FREE delivery **Tomorrow, Nov 10**



2 Pcs Snowman Christmas Decor, Porch Light Covers for Outdoor Christmas Decorations, Holiday Party Fit...

★★★★☆ ⌄ 92





amazon

# Checkout (1 item)

**1 Shipping address**

[redacted]

Add delivery instructions

Change

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

**2 Payment method**

[redacted]

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Nov. 16, 2023** If you order in the next 12 hours and 13 minutes (Details)
Items shipped from Amazon.com

**2 Pcs Snowman Christmas Decor, Porch Light Covers for Outdoor Christmas Decorations, Holiday Party Fit Standard Lighting Decor, Front Door, Garage Lights, Yard**
$24.99 prime
& FREE Returns
Qty: 1
Sold by: Smirdx® DirectStore
Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Nov. 16**
FREE Prime Delivery
○ **Friday, Nov. 17**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Place your order

**Order total: $26.49**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $24.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.99 |
| Estimated tax to be collected: | $1.50 |
| **Order total:** | **$26.49** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Order Details

Ordered on November 14, 2023 | Order# 111-5248366-6528232

View or Print invoice

**Shipping Address**

[redacted]

Change

**Payment method**

[redacted]

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $24.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $24.99 |
| Estimated tax to be collected: | $1.50 |
| **Grand Total:** | **$26.49** |

## Arriving Thursday

Track package

2 Pcs Snowman Christmas Decor, Porch Light Covers for Outdoor Christmas Decorations, Holiday Party Fit Standard Lighting Decor, Front Door, Garage Lights, Yard

Sold by: Smirdx® DirectStore

$24.99

**Condition:** New

Add gift option

Buy it again

Change Payment Method

Cancel items

Archive order

The pharmacy that really delivers
Learn more ›

amazon pharmacy

## Recommended based on your shopping trends

Page 1 of 2

Sponsored

MaxW Winter Womens Leather Gloves Black Touchscreen Sheepskin Gloves Soft Warm Driving Cycling Mitten
1,187
$22.13 prime

Winter Gloves for Boys Girls - Kids Warm Knit Thermal Cable Knitted Gloves Wool Fleece Lined Mittens for Cold
1,977
$9.99 prime

COOYOO Winter Gloves for Women and Men 1/2/3 Pairs,Touch Screen Gloves,Anti-Slip Silicone Gel- Thermal Soft Wool
4,215
$13.99 prime

Womens Winter Leather Gloves Touchscreen Texting Warm Driving Lambskin Gloves
8,938
Limited time deal
$15.99 prime
List: $29.99 (47% off)

Winter Touch Screen Gloves HÖTER Snow Flower Printing Keep Warm for Women and Men
1,135
$10.99 prime

## Recommended based on your purchase history

Sponsored

# Seller Display Name
# WBO

# Seller ID
# A13Y6OWZG3LGX0



Sponsored ⓘ

Patio, Lawn & Garden › Outdoor Décor › Outdoor Holiday Decorations



Roll over image to zoom in

VIDEO

**...ativity Santa Porch Light ...er – Santa Claus Head Outdoor ...nt Porch Lamp Holiday ...oration Covers - Set of 2**

★★★★★ ∨    3 ratings

...e Ornativity Store

**...t price in 30 days**

-43%  $**19**⁹⁹

Typical price: $34.99 ⓘ

...1e One-Day

FREE Returns ∨

Unlock a $150 Amazon Gift Card upon approval for Prime Visa.

| Color | Multicolor |
|---|---|
| Brand | Ornativity |
| Material | Plastic |
| Theme | Christmas |
| Item Dimensions LxWxH | 12 x 8.5 x 4.5 inches |

## About this item

- Ornativity Lamp Posts Lights Cover Decorations is the ideal lighted decor for your Christmas yard.
- Each lamp shade is 12" x 8" with elastic bands on the frosty plastic to hold onto the light fixture.
- The set includes two decorative, vibrantly colored Santa heads that blend with Xmas lawn decor.
- These festive smiley face entryway bulb covers work great when put on sconces near the front door.
- Ornativity manufacturers their items with care and quality to enhance your Christmas Experience.

▢ Report incorrect product information.



Sponsored ⓘ

Sponsored ⓘ





# WBO

WBO

Visit the WBO storefront

★★★★★ | **100% positive** in the last 12 months (1717 ratings)

**Ornativity Santa Porch Light Cov...**

USD 19.99

Add to Cart

## About Seller

WBO is a family owned private business that partners with the companies Ornativity and Big Mo's Toys. We sell Home décor and other novelty products, designed to put a smile on yours and your kid's face!

Here at WBO, we're committed to bringing you the best products, at the lowest prices, with the highest level of customer satisfaction possible. We are also proud to offer fast and free shipping on every item.

Shop with WBO and trust that you will get the fastest service at the lowest prices!

**Have a question for WBO?**

Ask a question

## Feedback

★★★★★ 4.9 out of 5

1,717 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

1717 total feedbacks in 12 months

★★★★★ "Adorable, good quality, so cute for my christmas tree! Recomment"

By J. Rich on November 9, 2023.

★★★★★ "My grandson loves his new toolbelt!!!"

By Ann W Buckley on November 9, 2023.

★★★★★ "Perfect!"

By Kellie L Starr on November 9, 2023.

★★★★★ "These have been a great help for our elderly stroke victim in Speech Therapy. We've bought materials to help with the resultant aphasia/speech ataxia, mostly to..."

Read more

By Beau Haven on November 9, 2023.

★★★★★ "Thank you."

By Cynthia Lizardi on November 9, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** WISE BUYS ONLINE CORP.
**Business Address:**
4118 14th Ave
STE 113
BROOKLYN
NY
11218
US

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

**Brand**

Bananagrams
Big Mo's Toys
Kurt Adler
Fun Express
Ornativity
Rubie's
Fun World Costumes
Generic
Fun World
Forum Novelties
Smiffys
Tekky
Oriental Trading
TekkyToys
Kurt S. Adler



PURINA
PRIME

Spend $15 on
Prime Dog Treats

GET $5
AMAZON
CREDIT

PRIME
BONES   PRIME
BONES   PRIME
BITS

Claim offer

Terms and conditions apply.
OFFER EXPIRES 12/31/23

Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.



### Bananagrams: Multi-Award-Winning Word Game

★★★★★ ∨ 23,380
8K+ bought in past month

**$13**99

**Ages: 7 - 12 years**

✓prime
FREE delivery **Mon, Nov 13**
⊞ ∨



### Natural Fish Net Party Decorations for Pirate Party, Hawaiian Party, Nautical Themed Cotton Fishnet Party...

★★★★½ ∨ 14,135
10K+ bought in past month

$7**99**

Save more with Subscribe & Save

✓prime One-Day
FREE delivery **Tomorrow, Nov 10**



### Kurt Adler Petite Treasures 12-Piece Miniature Ornaments Set, 2 Pack

★★★★☆ ∨ 3,933
1K+ bought in past month

**$19**99 ($10.00/Count)

FREE delivery **Nov 17 - 20**



### Big Mo's Toys Wizard Glasses - Round Wire Costume Glasses Accessories For Dress Up - 1 Pair

★★★★☆ ∨ 3,506
7K+ bought in past month

$8**99**

✓prime One-Day
FREE delivery **Tomorrow, Nov 10**



### Resin "Give Thanks" Blocks (Set of 6) Fall Home Decor

★★★★☆ ∨ 775
1K+ bought in past month

$14**99**

✓prime
FREE delivery **Mon, Nov 13**



### Transport Car Carrier Truck - with 6 Stylish Metal Racing Cars - with Carrying Case

★★★★½ ∨ 3,996
1K+ bought in past month

$19**99**

**Ages: 3 years and up**

# amazon

## Checkout (1 item)

🔒

**1**   **Shipping address**      ████████████     Change

Add delivery instructions

**2**   **Payment method**      ████████████     Change

⌃ Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

**3**   **Review items and shipping**

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.



Get a **$200 Amazon Gift Card** instantly
upon approval for Prime Visa.    Learn more
Instant decision within 15 seconds and no annual fee.

**Arriving Nov. 27, 2023** If you order in the next 9 hours and 32 minutes (Details)
Items shipped from Amazon.com



Ornativity Snowman Porch
Light Cover - Snow Man
Head Xmas Winter Outdoor
Front Porch, Deck, Garage
Lamp Christmas Holiday
Decoration Covers - 11" Set
of 2
**$23.99** Prime FREE Delivery
& FREE Returns ⌄

Qty: 1 ⌄
Sold by: WBO
🎁 Add gift options

**Choose your Prime delivery option:**
- ◉ **Monday, Nov. 27**
  FREE Prime Delivery
- ○ **Monday, Nov. 27**
  FREE Amazon Day Delivery
  🍃 **Fewer boxes, fewer trips.** ⌄
  Some orders may arrive a day early.
  Change delivery day

---

[ Place your order ]    **Order total: $25.43**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $23.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $23.99 |
| Estimated tax to be collected: | $1.44 |
| **Order total:** | **$25.43** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

amazon prime

Deliver to

All ▾   Search Amazon   🔍

🇺🇸 EN ▾   Hello,   Returns & Orders   🛒 0
Account & Lists ▾

☰ All   **Black Friday Deals**   Medical Care ▾   Amazon Basics   Buy Again   Customer Service   Pet Supplies   Coupons   **Shop Black Friday deals**

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 21, 2023   |   Order# 112-3767515-1595438     [ View or Print invoice ]

| **Shipping Address** | **Payment method** | Apply gift card balance | **Order Summary** | |
|---|---|---|---|---|
| ■■■■■■ | ■■■■■ | [ Enter code ]  [ Apply ] | Item(s) Subtotal: | $23.99 |
| | | | Shipping & Handling: | $0.00 |
| [ Change ] | | | Total before tax: | $23.99 |
| | | | Estimated tax to be collected: | $1.44 |
| | | | **Grand Total:** | **$25.43** |

**Arriving Monday**



Ornativity Snowman Porch Light Cover - Snow Man Head Xmas Winter Outdoor Front Porch, Deck, Garage Lamp Christmas Holiday Decoration Covers - 11" Set of 2
Sold by: WBO
$23.99
Condition: New
[ Add gift option ]
[ 🔁 Buy it again ]

[ **Track package** ]
[ Change Payment Method ]
[ Cancel items ]
[ Archive order ]


**Get a care team on call**
For you and your family.
prime | one medical
[ Learn more ‣ ]

## Recommended based on your shopping trends

Page 1 of 2

Sponsored ⓘ 

< 



12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Purse Hooks, Large Size Closet Rod Hooks for Hanging
★★★★½ 1,323
$8.98 ✓prime



Purse Hanger Purse Organizer for Closet,S Hooks Twist Design Bag Hanger,Closet Rod Hooks for Hanging
★★★★½ 442
$8.98 ✓prime



Fuyamp 6 Pieces Purse Hangers Hook Handbag Hanger Organizer Closet Holder Hook for Purses Handbags Tote Satchels
★★★★½ 10
$12.99 ✓prime



Purses Hanger Organizer for Closet 2-Pack, Myfolrena Metal Purse Holder for Closet Space Saving Bag Storage
★★★★½ 320
$7.99 ✓prime



LIOUCBD 6PCS Purse Handbag Hanger Hook for Closet, Handbag Organizer Purse Hooks Bag Rack Holder Stora…
★★★★☆ 3
$10.99 ✓prime

>

# Seller Display Name

# wuhushigougoudianzisha

# Seller ID

# A25IOLK63JU6K3