

Outable Solar Stake Lights for Outdoors - 32 LED Solar Lighting, Christmas Yard Decorations...    ★★★★☆ 117    $29⁹⁷ ✓prime    Save 20% with coupon

Sponsored ⓘ

‹ Back to results



### ...ack Christmas Porch Light ...vers, Snowman Porch Light ...vers Outdoor Christmas ...corations Covers for Porch, ...rage,Front Door (Snowmen)

: BYLOZA

...84

...Amazon Business, you would have saved $75.28 in ...st year. Create a free account and save up to 24%

Shape: **Snowmen**

     

Roll over image to zoom in

| Santa Claus | Snowmen |
|---|---|
| $14.99 | $19.84 |

| | |
|---|---|
| **Brand** | BYLOZA |
| **Color** | Multicolor |
| **Material** | EVA |
| **Power Source** | Light Sources |
| **Shape** | Snowmen |

#### About this item

- 【Christmas Porch Light Covers】Package includes 2 Christmas light porch covers . The Christmas porch light shades feature a snowman's adorable glowing face and red berries and leaves. Use it to decorate your porch lights and add holiday spirit to your home.
- 【High Quality】Christmas light covers are made of eco-friendly EVA textured plastic with a crystalline texture that looks great when lit, and the waterproof material makes them usable in all kinds of weather. The snowman is beautifully lit and warmly greets guests and family.
- 【Easy to Install】Each Christmas snowman light covers comes with an elastic cord for easy installation and removal on most porch lights and garage lights. Decorate porches and create a cozy atmosphere for garages, decks and other entryways.
- 【High Transmittance】These lovely outdoor christmas light cover have good light transmittance, the light of the lamp becomes softer and more beautiful through the snowman Christmas decoration, will not damage or burn out your current lighting system, safe and reusable.
- 【Special Services】If there are any questions during











amazon prime | Deliver to [redacted] | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Service | Whole Foods | Pet Supplies | Coupons | Beauty & Personal Care | Household, Health & Baby Care | Shop By Interest | Amazon Home | Handmade | prime THURSDAY NIGHT FOOTBALL 02:11:04

# wuhushigougoudianzishangwuyouxiangongsia

Visit the wuhushigougoudianzishangwuyouxiangongsia storefront

Just launched | No feedback yet

2 Pack Christmas Porch Light Cov...
USD 19.84
Add to Cart

## About Seller

wuhushigougoudianzishangwuyouxiangongsia is committed to providing each customer with the highest standard of customer service.

Have a question for wuhushigougoudianzishangwuyouxiangongsia?

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** wuhushigougoudianzishangwuyouxiangongsi
**Business Address:**
安徽省芜湖市
弋江区中南街道都宝花园4栋401室
芜湖市
安徽
241000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amp Host your own live radio show with music you love
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

**Brand**

UnbiT
RIQINGY
JEMICO
BYLOZA
BEBOYS
KULILK
Babyrise
Zanjkr
GUOKMN
nuoshang
Bluelanss
JiaTaiR
BISISO
Meiyya
DayDup



Windows 11 | intel.

A new era of productivity.

Find your PC now

Sponsored

## Results

Price and other details may vary based on product size and color.



2023 Can Cooler Holder with Bottle Opener, Can Cooler Holder, 2 in 1Can Cooler Holder, Wall Mounted Can Cool...

$29⁹⁸

FREE delivery **Nov 29 - Dec 8**



Stained Resin Animal Table Lamp Decoration, Colorful Elephant Lamp Sea Turtle Night Light Owl Lion Stained...

$50³⁹ Typical: $62.99

FREE delivery **Nov 29 - Dec 8**

+12 colors/patterns

Drainage Basket Funnel, Multifunctional Plastic Draining Bowl, Household Kitchen Utensils Food Drainer, Strainer...

$15⁶⁵

FREE delivery **Nov 29 - Dec 8**





2 Pack Christmas Porch Light Covers, Snowman Porch Light Covers Outdoor Christmas Decorations Covers for...

$19⁸⁴

FREE delivery **Nov 29 - Dec 8**



7PCS Festive Dachshund Collection 2023: Charming Dachshund Pups in Holiday Attire as Essential Ornament...

$19⁰⁷ ($2.72/Count)
Typical: $19.99

FREE delivery **Nov 29 - Dec 8**



Peacock Wreaths for Front Door, 16inch Peacocks Wreath Decorations,Farmhouse Hanging Wreath for Home Porch...

$31⁹⁷

FREE delivery **Nov 29 - Dec 8**

# amazon

## Checkout (1 item) 🔒



**1   Shipping address**      Change

Add delivery instructions

**2   Payment method**      Change

⌃ Add a gift card or promotion code or voucher

Enter code    Apply

**3   Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Arriving Nov. 29, 2023 - Dec. 8, 2023**
Items shipped from wuhushigougoudianzishangwuyouxiangongsia

**2 Pack Christmas Porch Light Covers, Snowman Porch Light Covers Outdoor Christmas Decorations Covers for Porch, Garage,Front Door (Snowmen)**
**$19.84**
Qty: 1 ⌄
Sold by:
wuhushigougoudianzishangwuyouxiangongsia
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Wednesday, Nov. 29 - Friday, Dec. 8**
   FREE Standard Shipping

Place your order
**Order total: $21.03**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $19.84 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.84 |
| Estimated tax to be collected:* | $1.19 |
| **Order total:** | **$21.03** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



amazon prime | Deliver to [redacted] | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Service | prime THURSDAY NIGHT FOOTBALL | 02 : 08 : 43

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 16, 2023 | Order# 111-1611073-7677005

View or Print invoice

**Shipping Address**

[redacted]

Change

**Payment method**

[redacted]

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.84 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $19.84 |
| Estimated tax to be collected: | $1.19 |
| **Grand Total:** | **$21.03** |

See tax and seller information

## Arriving Nov 29 - Dec 8

2 Pack Christmas Porch Light Covers, Snowman Porch Light Covers Outdoor Christmas Decorations Covers for Porch, Garage,Front Door (Snowmen)

Sold by: wuhushigougoudianzishangwuyouxiangongsia

$19.84

**Condition:** New

Buy it again

Track package

Change Payment Method

Cancel items

Archive order

**Related to items you've viewed** See more

Page 1 of 3

BESARME 15 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger Hooks, Purse Organizer Hooks for…

314

$9.99 ($0.67/Count)

prime FREE One-Day

Evob 20 Pack 3.4" S Shaped Hooks Stainless Steel Metal Hangers Hanging Hooks for…

18,438

Amazon's Choice in Utility Hooks

$6.47 ($0.32/Count)

prime FREE Delivery

12 Pack 6 Inch S Hook, Large Vinyl Coated S Hooks with Rubber Stopper Non Slip Heav…

2,810

Amazon's Choice in Screw-In Hooks

$9.99

prime FREE Delivery

30 Pack S Hooks for Hanging, 3.15 inch Stainless Steel S Shaped Hooks Curtain Hooks Heavy Duty S Hooks fo…

36

$12.99

prime FREE Delivery

## Recommended based on your shopping trends

Sponsored

# Seller Display Name

# Xiny Shop

# Seller ID

# A2WQOY2WO6UXVD



‹ Back to results

Sponsored ⓘ



Roll over image to zoom in

    
VIDEO

...urleey 12 Inch Height
...owman Christmas Porch Light
...vers, Outdoor Christmas
...corations, Holiday Snowman
...ght Covers for Porch Lights,
...rage, Front Door

[he Hourleey Store

★★★★½ ⌄  4 ratings

100+ bought in past month

$15.99

...me One-Day
...e Returns ⌄

With **Amazon Business**, you would have **saved $69.46** in the last year. Create a free account and **save up to 18%** today.

| | |
|---|---|
| **Color** | White |
| **Brand** | Hourleey |
| **Material** | EVA, Ethylene Vinyl Acetate |
| **Theme** | Christmas |
| **Item Dimensions LxWxH** | 4 x 5 x 6 inches |

### About this item

- Package Include: 1 x snowman porch light covers. The size of the Christmas snowman porch light cover is 10.6" W x 12" H. Decorating your porch light with it, add the festival vibe into your home.

- High Quality: Made of high quality EVA material is durable and soft, and can be used for many years no matter the weather is snow, rain or sunlight directly. Composed of small crystals, vivid image, adding beauty to ordinary porch lights.

- The super cute snowman Christmas light cover is suitable for outdoor winter decorate. lighted lovely face, big black eyes, red nose and amiably smiling bring a good mood when you back home. Welcome your visitor to your home and have a warm Christmas holiday together.

- Easy to Install: Hourleey snowman light post cover is equipped with elastic strap with high-quality elasticity. Fitting with most porch lamps and lights, easy to install and not easy to fall. It is very suitable for porches, garage doors and side doors, perfect outdoor Christmas decoration.



Sponsored ⓘ







amazon prime Deliver to [redacted] All Search Amazon EN Hello, [redacted] Account & Lists Returns & Orders 0
All Holiday Deals Medical Care Amazon Basics Buy Again Customer Service Whole Foods Pet Supplies Coupons Beauty & Personal Care Household, Health & Baby Care Shop By Interest Amazon Home Handmade prime THURSDAY NIGHT FOOTBALL 03:43:54

# Xiny Shop

Visit the Xiny Shop storefront

★★★★★ | **100% positive** in the last 12 months (3187 ratings)

**Hourley 12 Inch Height Snowma...**
USD 15.99
Add to Cart

## About Seller

Since **Xiny Shop**'s establishment in **2015**, we have become a reputable exporter specializing in designing, developing, and producing innovative **garden cleaning tools**. Our unwavering commitment is to provide the most efficient and safe garden management tools in the world, aimed at alleviating the fatigue of garden spraying and cleaning tasks.
If you are interested in any of our products or would like to discuss a custom order, please feel free to contact us.

**Have a question for Xiny Shop?**
Ask a question

## Feedback

★★★★★ 4.9 out of 5
3,187 ratings
12 months

| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**
Leave seller feedback

**FILTER BY**
All stars

3187 total feedbacks in 12 months

★★☆☆☆ "Small in size, top bows were not attached, more of a access decoration. I put these three boxes on a corner table in my picture window and they fit . They are s... "
Read more
By Janice kizer on November 9, 2023.

★★★★★ "as advertised"
By DanLec on November 9, 2023.

★★★★★ "."
By kouerc on November 9, 2023.

★★★★★ "Looks good"
By Anonymous on November 9, 2023.

★★★★☆ "Good assortment."
By Gladys A. Galka on November 8, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Tai Zhou Chi Cheng Su Ye
**Business Address:**
横街镇云湖村沿河北路299号
台州市
路桥区
浙江省
318050
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amp Host your own live radio show with music you love
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data

**Brand**

Hourleey

Xiny Tool

## Results



**Reflective Markers for Driveway, 100 pcs, 48 inch, Highl...**

★★★★★ 75

$72.65  ✓prime

Shop now

Sponsored ⓘ



Amazon's Choice

Hourleey Set of 3 Christmas Lighted Gift Boxes, Pre-lit 60 LED Light Up Present Boxes Ornament Outdoor Warm...

★★★★☆ ⌄ 732

2K+ bought in past month

$35.99

✓prime One-Day

FREE delivery **Tomorrow, Nov 10**



Hourleey Brass Garden Hose Splitter (2 Way), Solid Brass Hose Y Splitter 2 Valves with 2 Extra Rubber Washers...

★★★★☆ ⌄ 4,212

$7.99  Typical price: $9.99

Exclusive Prime price

✓prime One-Day

FREE delivery **Tomorrow, Nov 10**



HOURLEEY Christmas Decoration 55 L Lighted Snowman Family Outdoor, 3-Piece Waterproof Plug in 2D Snowma...

★★★★☆ ⌄ 135

1K+ bought in past month

Limited time deal

$39.99  Typical: $49.99

✓prime One-Day

FREE delivery **Tomorrow, Nov 10**



Best Seller

Hourleey Garden Hose Repair Connector with Clamps, Fit for 3/4" or 5/8" Garden Hose Fitting, 4 Set

★★★★☆ ⌄ 7,372

$9.99  Typical: $11.99

✓prime One-Day

FREE delivery **Tomorrow, Nov 10**



HOURLEEY Christmas Decoration Outdoor 60 Light Up Deer Family, 3-Piece Set 2D Waterproof Plug in Reindeer...

★★★☆☆ ⌄ 240

1K+ bought in past month

$56.99

✓prime

FREE delivery **Mon, Nov 13**



Hourleey Adjustable Twist Hose Nozzle, 4" Heavy-Duty Brass Hose Nozzle with 10 Garden Hose Rubber Washers,...

★★★★☆ ⌄ 3,075



# amazon

## Checkout (1 item)

**1  Shipping address**

Change

Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi  (See details)
Change to pickup

**2  Payment method**

Change

⌄ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Arriving Nov. 15, 2023** If you order in the next 5 hours and 34 minutes (Details)
Items shipped from Amazon.com

**Hourleey 2 Pack 12 Inch Snowman Christmas Porch Light Covers, Outdoor Christmas Decorations, Holiday Snowman Light Covers for Porch Lights, Garage, Front Door**
$25.99 ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: Xiny Shop
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Tomorrow, Nov. 15**
  FREE One-Day Delivery
○ **Friday, Nov. 17**
  FREE Amazon Day Delivery
  🍃 **Fewer boxes, fewer trips.** ⌄
  Change delivery day

[ Place your order ]  **Order total: $27.55**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

### Sidebar

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $25.99 |
| Estimated tax to be collected: | $1.56 |
| **Order total:** | **$27.55** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



amazon prime | Deliver to [redacted] | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Service | Whole Foods | Pet Supplies | Save on holiday décor

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 14, 2023 | Order# 111-4609618-6054668

View or Print invoice

**Shipping Address**

[redacted]

Change

**Payment method**

[redacted]

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $25.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $25.99 |
| Estimated tax to be collected: | $1.56 |
| **Grand Total:** | **$27.55** |

## Arriving tomorrow by 10pm

Hourleey 2 Pack 12 Inch Snowman Christmas Porch Light Covers, Outdoor Christmas Decorations, Holiday Snowman Light Covers for Porch Lights, Garage, Front Door

Sold by: Xiny Shop

$25.99

**Condition:** New

Add gift option

Buy it again

Track package

Change Payment Method

Cancel items

Archive order

## Products related to your order

Page 1 of 5

Sponsored

Bluex Bulbs 2 Pack Bluex LED A19 Orange Light Bulb - 7W (50Watt Equivalent) - E26 Base…
13,121
$6.99 prime

32 PCS Christmas Decorations Christmas Decor Outdoor Double indoored Lawn Christ…
89
$9.99 prime

OCATO Christmas Window Clings Gnome Christmas Window Decorations Static Chri…
801
$6.99 prime

195 PCS Snowflakes Christmas Window Clings Decal Stickers, Xmas Window Stickers…
873
$9.99 prime

## Recommended based on your shopping trends

Sponsored

# Seller Display Name

# yunasea

# Seller ID

# A12QA8HQZPEMOM



‹ Back to results

## fyclemt Christmas Porch Light Cover,Snowman Light Covers Outdoor Christmas Decorations,Holiday Decorations Snowman Lamp Cover (Man, 30cm23cm12cm)

Brand: fyclemt

$21⁹⁹

Unlock a $150 Amazon Gift Card upon approval for Prime Visa.

**Color: Man**



Size: **30cm*23cm*12cm**

| 30cm*23cm*12cm | 31cm*26cm*11cm | 31*26*11cm |
|---|---|---|
| $21.99 | See available options | See available options |

| Brand | Fyclemt |
|---|---|
| Color | Man |
| Mounting Type | Rooftop, Straps |

**About this item**

- **Material:** Made of environmentally friendly EVA textured plastic with a crystallized texture,odorless and harmless,soft and durable,which not only waterproof and moisture-proof but also has a first-class feel.Can be used in all kinds of weather.At the same time,the holiday light covers has good light transmission and will not damage or burn your current lighting system-no safety hazards.
- **Design:** The Christmas porch light covers feature Santa Claus cute glowing face with orange nose and white bushy beard.Porch light covers are equipped with elastic

$21⁹⁹

$5.99 delivery **November 20 - 27**. Details

Deliver to ████████

**In stock**

Usually ships within 2 to 3 days.

Qty: 1

**Add to Cart**

**Buy Now**

Ships from   yunasea
Sold by   yunasea
Returns   Returnable until Jan 31, 2024
Payment   Secure transaction

**Add to List**



**Customized Pest Control For All Budgets**

LEARN MORE

Sponsored ⓘ





amazon prime | Deliver to [redacted] | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Service | Whole Foods | Pet Supplies | Coupons | Beauty & Personal Care | Household, Health & Baby Care | Shop By Interest | Amazon Home | Handmade | prime THURSDAY NIGHT FOOTBALL | 04 : 12 : 49

# yunasea

Visit the yunasea storefront

★★★☆☆ | 48% positive lifetime (27 total ratings)

fyclemt Christmas Porch Light Co...

USD 21.99

Add to Cart

## About Seller

yunasea is committed to providing each customer with the highest standard of customer service.

Have a question for yunasea?

Ask a question

## Feedback

★★★☆☆ 3 out of 5

27 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 44% |
| 4 star | | 4% |
| 3 star | | 4% |
| 2 star | | 7% |
| 1 star | | 41% |

Learn more about how seller feedback works on Amazon

Share your thoughts with other customers

Leave seller feedback

FILTER BY

All stars

27 total feedbacks in Lifetime

★☆☆☆☆ "I had ordered the 4-5 year outfit. The one that came in would probably fit a 24 month old. I was sent a return label and the address was undeliverable. When I c..."
Read more
By Dusty Skoruppa on March 30, 2023.

★☆☆☆☆ "It came late and was lower quality than I anticipated."
By Rebecca McNish on December 17, 2022.

★★★★★ "Great"
By Osadjere Emuobonuvie on December 17, 2022.

★★★★★ "Love them!! Very non-breakable and that'sa great thing because my package got very smooshed!!!"
By Amazin Customer on November 17, 2022.

★☆☆☆☆ "My package was supposed to come over almost a week ago. I ordered it weeks in advance to make sure it came in time and it is still too late for Halloween. Not i..."
Read more
By Gracie on October 29, 2022.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** dongguanshiyunshengzhoushangmaoyouxiangongsi
**Business Address:**
Hoboken, New Jersey, United States, Hoboken
New Jersey
NJ
07030
US

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX | Sell on Amazon Start a Selling Account | Amazon Business

**Brand**
fyclemt
Wrrkayly
Fyclemt
Leggings
Electronics
N/ C



Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.



fyclemt Toddler Baby Girls Velvet Easter Dress Kids Long Sleeve Ruffle Santa Claus Dress Xmas Princess...
★★★★☆ ˅ 13
$16⁹⁹
$4.99 delivery Nov 17 - 22



Womens Long Sleeve Ugly Christmas Winter Sweater Midi Dress Pullover Xmas Elk Snowflake Tree Print Knit...
★★★☆☆ ˅ 30
$23⁹⁹
$4.99 delivery Nov 20 - 27



Kids Toddler Baby Girl Christmas Leggings Clothes Elk/Reindeer/Wave Stripe Print Long Yoga Pants Trouser...
★★★★☆ ˅ 10
$8⁹⁹
$4.99 delivery Nov 20 - 27



Wrrkayly Women Shoulder Strap Corset Elegant Satin Blouse Crop Tops Summer Sleeveless Tank Tops Bustier...
★★★☆☆ ˅ 20
$17⁶⁶
$6.23 delivery Nov 20 - 27



Wrrkayly Christmas Toddler Baby Girl Outfits Santa Claus Plaid Long Sleeve Top Flare Pants Toddler Girl Christmas...
★★★★★ ˅ 4
$12⁹⁹
$4.99 delivery Nov 20 - 27



30/24PCS Christmas Balls Ornaments Mini Shatterproof Ball Xmas Hanging Ball Hooks for Christmas Tree/Party...
★★★★★ ˅ 4
$16⁹⁹
$4.99 delivery Nov 20 - 27



# Checkout (1 item)

| 1 | Shipping address | | Change |

Add delivery instructions

| 2 | Payment method | | Change |

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

## 3  Review items and shipping

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $23.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $29.98 |
| Estimated tax to be collected:* | $1.80 |
| **Order total:** | **$31.78** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

**Arriving Dec. 1, 2023 - Dec. 7, 2023**
Items shipped from yunasea



fyclemt Christmas Porch Light Cover,Snowman Light Covers Outdoor Christmas Decorations,Holiday Decorations Snowman Lamp Cover (Floral, 31cm26cm11cm)
**$23.99**
Qty: 1 ∨
Sold by: yunasea
Not eligible for Amazon Prime (Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Friday, Dec. 1 - Thursday, Dec. 7**
$5.99 - Standard Shipping

**Place your order**    **Order total: $31.78**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.







# Order Details

Ordered on November 21, 2023 | Order# 112-3584503-7388246

View or Print invoice

**Shipping Address**

[redacted]

Change

**Payment method**

[redacted]

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $23.99 |
| Shipping & Handling: | $5.99 |
| Total before tax: | $29.98 |
| Estimated tax to be collected: | $1.80 |
| **Grand Total:** | **$31.78** |

See tax and seller information

## Arriving Dec 1 - Dec 7

fyclemt Christmas Porch Light Cover,Snowman Light Covers Outdoor Christmas Decorations,Holiday Decorations Snowman Lamp Cover (Floral, 31cm26cm11cm)

Sold by: yunasea

$23.99

**Condition:** New

Track package

Problem with order

Change Payment Method

Cancel items

Archive order

## Recommended based on your shopping trends

Page 1 of 2

Sponsored

12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Purse Hooks, Large Size Closet Rod Hooks for Hanging
1,323
$8.98 prime

Purse Hanger Purse Organizer for Closet,S Hooks Twist Design Bag Hanger,Closet Rod Hooks for Hanging
442
$8.98 prime

Fuyamp 6 Pieces Purse Hangers Hook Handbag Hanger Organizer Closet Holder Hook for Purses Handbags Tote Satchels
10
$12.99 prime

Purses Hanger Organizer for Closet 2-Pack, Myfolrena Metal Purse Holder for Closet Space Saving Bag Storage
320
$7.99 prime

LIOUCBD 6PCS Purse Handbag Hanger Hook for Closet, Handbag Organizer Purse Hooks Bag Rack Holder Stora
3
$10.99 prime

# Seller Display Name

# zhangyawenUS

# Seller ID

# A2QCSUWBWA6KIB





Roll over image to zoom in

     

## Christmas Lampshade Decors, Santa Claus/Snowman/Penguin Decorative Porch Light Cover for Corridor Wall Lamp (Floral Snowman, 31cm*26cm*11cm)

Brand: Juaugusep

$17⁹⁹

**You could have earned $260.79** in rewards on your Amazon purchases over the past year with 5% back with an Amazon Prime Store Card. Apply now and get a $10 Amazon Gift Card upon approval. Learn more

Color: **Floral Snowman**



Size: **31cm*26cm*11cm**



| Color | Floral Snowman |
|---|---|
| Brand | Juaugusep |
| Special Feature | Durable,Flexible,Reusable |
| Theme | Christmas,Floral,Penguin,Santa Claus |

### About this item

- Christmas Lampshade: Cute snowman/penguin /Santa Claus shaped decorative lampshade creates a warmer look for your house.
- Material: Made of high quality EVA, the cover is safe and non-toxic, flexible and durable, reusable and not easy to break.
- Easy To Use: Lampshades can be used with most



$17⁹⁹

$3.99 delivery **November 29 - December 12**. Details

Deliver to ▇▇▇▇▇▇▇▇

**In stock**
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Ships from   zhangyawenUS
Sold by     zhangyawenUS
Returns    Returnable until Jan 31, 2024
Payment  Secure transaction

Add to List





amazon prime | Deliver to [redacted] | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Service | Whole Foods | Pet Supplies | Coupons | Beauty & Personal Care | Household, Health & Baby Care | Shop By Interest | Amazon Home | Handmade | prime THURSDAY NIGHT FOOTBALL 02 : 35 : 38

## zhangyawenUS

Visit the zhangyawenUS storefront

★★★★★ | **100% positive** in the last 12 months (10 ratings)

**Christmas Lampshade Decors, Sa...**
USD 17.99
Add to Cart

### About Seller

zhangyawenUS is committed to providing each customer with the highest standard of customer service.

**Have a question for zhangyawenUS?**

Ask a question

### Feedback

★★★★★ 4.9 out of 5
10 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 10% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

10 total feedbacks in 12 months

★★★☆☆ "~~Told me it was delivered on the 6th but it wasn't delivered until today, the 8th~~"
By Sarah Scarcia on November 9, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Love it wish or was bigger To match other Halloween wreath Thanks Bon"
By Bon on November 1, 2023.

★★★★★ "On Time Delivery"
By Amazon Customer on October 26, 2023.

★★★★★ "Packaged well"
By Amazon Customer on October 26, 2023.

★★★★☆ "Stocking stuffers"
By Pat on October 25, 2023.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** chengduliushuliziwangluokejiyouxiangongsi
**Business Address:**
府河苑一路240号2层874
成都市
金牛区
四川省
610000
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Ads | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Amazon Business

**Brand**

Juaugusep
Beixinder
N /C
N /A
N/ C
Kimsummerja
Prreey

## Results

Price and other details may vary based on product size and color.



Christmas Hand in Hand Socks Magnetic Holding Hands Socks Funny Mid-Tube Socks Christmas Family Socks for...

★★★★⯪ ⌄ 3

100+ bought in past month

$6.⁹⁹ Typical: $9.99

`Save 10%` with coupon (some sizes/colors)

$3.99 delivery **Nov 30 - Dec 13**



6PCS Christmas Pot Rack Baking Kit,Christmas Oven Mitts Ornament, Christmas Pot Holder Baking Kit,Kitchen...

★★★★☆ ⌄ 15

300+ bought in past month

$15.⁹⁹

`Save 10%` with coupon

$6.99 delivery **Nov 30 - Dec 13**



Cute Fried Cat Plush Carpet with Lights,Cat Blanket Area Rug Children Room Rug Fluffy Cat Rugs for Christmas...

★★★⯪☆ ⌄ 15

100+ bought in past month

$13.⁶⁹

$3.99 delivery **Nov 30 - Dec 13**

Sponsored ⓘ



Faux Peacock Ornaments Glitter Blue Peacock Ornaments Artificial Peacock Decor with Feather Tail and Clip for...

★★★★★ ⌄ 1

50+ bought in past month

$12.⁹⁹

`Save 10%` with coupon

$3.99 delivery **Nov 30 - Dec 13**



Christmas Tree Topper Snowman Santa Claus Hugger Tree Topper Ornament for Christmas Winter Holiday Home...

$15.⁹⁹

`Save 10%` with coupon

$3.99 delivery **Nov 30 - Dec 13**



9ft Christmas Garland with LED Lights, Battery Operated Pre-Lit Artificial Garland for Christmas Decor Stairs Wall...

★★★★☆ ⌄ 3

$25.⁹⁹

`Save 10%` with coupon



# amazon

## Checkout (1 item)

**1  Shipping address**                                    Change

Add delivery instructions

**2  Payment method**                                      Change

∧ Add a gift card or promotion code or voucher

[ Enter code ]   [ Apply ]

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $3.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected:* | $1.32 |
| **Order total:** | **$23.30** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?



**Arriving Dec. 1, 2023 - Dec. 14, 2023**
Items shipped from zhangyawenUS

**Christmas Lampshade Decors, Santa Claus/Snowman/Penguin Decorative Porch Light Cover for Corridor Wall Lamp (Floral Snowman, 31cm*26cm*11cm)**
$17.99
Qty: 1 ∨
Sold by: zhangyawenUS
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Friday, Dec. 1 - Thursday, Dec. 14**
$3.99 - Standard Shipping

[Place your order]   **Order total: $23.30**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.





amazon prime | Deliver to [redacted] | All | Search Amazon | EN | Hello [redacted] Account & Lists | Returns & Orders | 0

All | Holiday Deals | Medical Care | Amazon Basics | Buy Again | Customer Service | prime THURSDAY NIGHT FOOTBALL | 02:33:39

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 16, 2023 | Order# 111-9152350-3050640

View or Print invoice

**Shipping Address**

[redacted]

Change

**Payment method**

[redacted]

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $17.99 |
| Shipping & Handling: | $3.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.32 |
| **Grand Total:** | **$23.30** |

See tax and seller information

**Arriving Dec 1 - Dec 14**

Christmas Lampshade Decors, Santa Claus/Snowman/Penguin Decorative Porch Light Cover for Corridor Wall Lamp (Floral Snowman, 31cm*26cm*11cm)

Sold by: zhangyawenUS

$17.99

**Condition:** New

Track package

Problem with order

Change Payment Method

Cancel items

Archive order

## Recommended based on your shopping trends

Page 1 of 2

Sponsored

FROGBRO 2PCS Christmas Snowman Porch Light Covers Christmas Outdoor Decoration Supply
236
$22.99 prime

2 Pack Christmas Snowman Porch Light Covers Good Light Transmission Lamp Covers for Front Yard,
9
$19.99 prime

AISENO 2PCS Snowman Porch Light Cover Christmas Decorations Outdoor Garage Lights Large Light Fixtures
12
$21.98 prime

SOLLED 2 Pack Christmas Porch Light Covers, Holiday Snowman Porch Light Covers for Outdoor
148
$29.99 prime

Alpine Corporation 28 Outdoor Candy Cane Yard Stakes with Red and White LED Lights (Set of 3)
193
$66.29 prime

## Top picks for you

# Seller Display Name

# zhongmaohui-us

# Seller ID

# A25L3O1DRXPGXL





‹ Back to results

Sponsored ⓘ

oio Christmas Porch Light
vers, 2 Pack Snowman Porch
ht Covers Outdoor Christmas
coration Supply Snowman
ht Covers Great for Porch
tside Ootoor Wall Light
coration, Garage Light (A02)

he Evoio Store
★★★★☆  27 ratings

100+ bought in past month

$24⁹⁹
✔prime Two-Day
FREE Returns ▾

Coupon: ☐ Apply 5% coupon  Shop items › | Terms

Get a $150 Amazon Gift Card instantly upon approval for
Prime Visa. No annual fee.

Roll over image to zoom in

    VIDEO

| Color | Wihte |
| Brand | Evoio |
| Material | Plastic |
| Item Dimensions LxWxH | 3.94 x 3.94 x 3.94 inches |
| Recommended Uses For Product | Decor |

### About this item

- 🎁【Snowman Porch Light Covers】- This 2PCS light
  covers makes your porch lights out of tedious, but also
  puts on the clothes of Snowman,Two cute snowman
  emoticons extended warm welcome to family and
  friends, enhancing the festival atmosphere and filled
  with joy.
- 🎁【2022 New Extreme Quality】-Different from other
  products,EVOIO outdoor light covers made of
  environmentally friendly EVA textured plastic with a
  crystallized texture that looks like snow. which not only
  waterproof and moisture-proof, but also has a first-class
  feel. It is not inferior to the decoration at home.
- 🎁【More Stable Elastic Strap】- This porch light covers
  has an elastic strap with better elasticity and thicker
  instead of worrying that the lampshade would fall
  easily. Just simply attach the strap to a coach lantern or
  outdoor porch light. Simple to place and remove.



Delivery        Pickup

$24⁹⁹
✔prime Two-Day
FREE Returns ▾

FREE delivery **Thursday,
November 16**. Order within 13
hrs 26 mins

⊚ Deliver to ▅▅▅▅▅

**In Stock**

Qty: 1 ▾

Add to Cart

Buy Now

| Ships from | Amazon |
| Sold by | zhongmaohui-us |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

☐ Add a gift receipt for easy
   returns

Add to List

Sponsored ⓘ

