## Schedule "A"
## Defendants with Store Name and Seller ID

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 1 | Global goods | 52727208131 |
| 2 | Baobao Cats | 5918425625726 |
| 3 | FOLDING CATS | 634418211864856 |
| 4 | LifePlay | 634418211909796 |
| 5 | LixYu | 6058158891562 |
| 6 | Lucy Felicity | 319517022974 |
| 7 | MOMOSUPER | 5469724842863 |
| 8 | Nagar | 5753620733339 |
| 9 | SaLeea | 6056977586430 |
| 10 | Star Selling | 634418211649094 |
| 11 | Super deal | 1420461441 |
| 12 | Surprise Cabin | 634418212107604 |
| 13 | Vurinmi | 634418211127970 |
| 14 | WARM LIGHTING THE DARK | 634418211925191 |
| 15 | WDTEC | 315161591397 |
| 16 | YC Sporting Goods | 4619980814795 |
| 17 | Acacia Bear Store | 1102565491 |
| 18 | Aestheticism House Store | 1101333903 |
| 19 | Cutesliving Store | 1101351612 |
| 20 | Fantasy Dropshipping Store | 1101574567 |
| 21 | Glimmer House Store | 1102907110 |
| 22 | Happies Party City 111 Store | 1101820948 |
| 23 | HiFun Party Store | 1102733451 |
| 24 | HobbyLane Kitchen Store | 1102303241 |
| 25 | Holiday Boutique Store | 1101355561 |
| 26 | Home Decorative Store | 1102187467 |
| 27 | Home Life Smart Store | 1102161243 |
| 28 | JENABOM Store | 1102766021 |
| 29 | Jonas Market Store | 1102439316 |
| 30 | Love with home Store | 1102049324 |
| 31 | Magic Mirror Fashion Home Store | 1102923243 |
| 32 | Mintiml Friendly Store | 1101394638 |

| 33 | Novelty Homes Store | 1102938454 |
|---|---|---|
| 34 | Shop5370096 Store | 1101356467 |
| 35 | Shop911266320 Store | 1101591628 |
| 36 | Super Happy Party Store | 1101796508 |
| 37 | TETOU House Store | 1101437028 |
| 38 | Tssaag Store | 1100612105 |
| 39 | Youzi Korean Style Home Decor Store | 1102801441 |
| 40 | AIIONP-Direct | A24GF43U5E8OW6 |
| 41 | Arecwy | AP087KS5AEXPQ |
| 42 | ArieStars | ABPCOGRIDWOEQ |
| 43 | AutoAli-US | A1HC2ZB98VJFUL |
| 44 | Chenzhizhou | AXVV05JU5FNQK |
| 45 | Cherline | A365K4KKYQITLY |
| 46 | EddHomes | AIDLH6Y80QJLJ |
| 47 | EVINO | A3CEOGI893EVHL |
| 48 | Gofasty | A3CL7NDXYCSZLA |
| 49 | Hioe | A1AHWBD1FWQ64P |
| 50 | huzhouzhilitangguogui | AF4SM32OEPIFL |
| 51 | JSFWLH | A3OIY62N5H3LPN |
| 52 | Ke yu | A3VXTHY0V0KG7T |
| 53 | Kweida | A1MGL93I8BNO0R |
| 54 | LijiarunUS | A34M7ZWKW1H106 |
| 55 | MSDMSASD | A3GB153ML8NH2M |
| 56 | NAUD LLC | A1QSLU1C3UWA1Q |
| 57 | Nexleeve | A2WSJCM3YPMQAQ |
| 58 | Shaosai | A1RG54WY4XSK8 |
| 59 | Sheng Xuanya | A3CVN1OPC9TUEB |
| 60 | Smirdx® DirectStore | A29QWE2BYUC94M |
| 61 | WBO | A13Y6OWZG3LGX0 |
| 62 | wuhushigougoudianzisha | A25IOLK63JU6K3 |
| 63 | Xiny Shop | A2WQOY2WO6UXVD |
| 64 | yunasea | A12QA8HQZPEMOM |
| 65 | zhangyawenUS | A2QCSUWBWA6KIB |
| 66 | zhongmaohui-us | A25L3O1DRXPGXL |
| 67 | ZMCUS | A13QNL7QCQT8IL |
| 68 | Shenzhen Emerson Internet e-commerce technology Co., LTD | 10050 |
| 69 | Shenzhen Hongyuan Supply chain Management Co. LTD | 8076 |

| 70 | Shenzhen shallow China trading Co., LTD | 9340 |
|---|---|---|
| 71 | Shenzhen Wish List network Technology Co., LTD | 8450 |
| 72 | Shenzhen Zero machine technology Co., LTD | 12678 |
| 73 | Shenzhen Zhongxinda Technology development Co., LTD | 8481 |
| 74 | DXSTAR | 101116134 |
| 75 | Gift of Greams | 101175534 |
| 76 | Hongyuan' choice Co. Ltd | 101262825 |
| 77 | HYDTMSL | 101192131 |
| 78 | Ironkoi | 101180746 |
| 79 | JIASEN | 101239890 |
| 80 | LinLinShop | 101268206 |
| 81 | REGIS | 101092474 |
| 82 | S&C Co.Ltd | 101043428 |
| 83 | SiWeiKeJi | 101129229 |
| 84 | SZMYYX Co.ltd | 101137513 |
| 85 | UU Co.ltd | 101299302 |
| 86 | YiXing TOYS LLC | 101255074 |
| 87 | YourHome Co.Ltd | 101243696 |
| 88 | zhengzhoulanmajiwangluokeji | 101523320 |
| 89 | CaishiqinoUo | 5e6cc70229e786308bdd6da3 |
| 90 | dingwefong | 5efd4b5b534f08dd46cdb378 |
| 91 | FashionMensWatch | 5a01bbcfddda8c513ade048b |
| 92 | fenghuiqin666 | 5e5101c3397cba8b691118a0 |
| 93 | g3g3h6 | 5e941240563c0514442aa4e1 |
| 94 | Guanqin Watches | 5909777f88aafc1d2db5e98e |
| 95 | hanpeiyaokb | 5edf45f402755b7df73d8127 |
| 96 | happylands | 59142527fc9cce47200a08b0 |
| 97 | hujdtusyj | 5de621c202c87404085d884e |
| 98 | Jayfensituan | 5acaf787db5f1f10839a1722 |
| 99 | jjuujggg | 5e8ed7712397df7002e2bb2e |
| 100 | kudilaiti | 5ac48f1d9bda4e6c5c72d860 |
| 101 | LeeYoo (Shanghai) Co., Ltd. | 55017436a0086e174ce65829 |
| 102 | liwenqi5869 | 6049ab6735e25603c02337df |
| 103 | lixiaoli7749 | 61614557efe8e435840e56b0 |
| 104 | Nn651 | 5e85ce99826ea421ad0d6717 |
| 105 | qiuhaisz | 5b063a3b6d232a65b82757d0 |
| 106 | Reddy4 | 6474818df88f38080ca2c0eb |

- 4 -

| 107 | ScrapingandreflectingdreamsmF | 5f50127fcc75303e6368aba2 |
| 108 | songzijian | 5ac49b0a2dde5e6c45852131 |
| 109 | touyixi15 | 5e635e992724a854afdc4b8d |
| 110 | Winni maker international | 53e7a092ff4d6d289c95a781 |
| 111 | wuhuanyan1119 | 5e74be5eea5a6e514209e699 |
| 112 | ZHANGQINGYUN | 582c4f6ef6872e3885dfff14 |
| 113 | zqinkems | 61ee56bc8768c576b6a693df |