**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MSR IMPORTS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL GOODS, *et al*.,<br><br>    Defendants. | No. 2:23-cv-2133<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

KINDLY enter my appearance for Defendant WARM LIGHTING THE DARK, also alleged as Seller ID 634418211925191, in the above-captioned matter.

Respectfully submitted,

By:    */s/ John A. Schwab*
JOHN A. SCHWAB, ESQUIRE
PA I.D. No.:  89596

JOHN A. SCHWAB, ATTORNEY AT LAW, LLC
300 KOPPERS BUILDING
436 SEVENTH AVENUE, SUITE 300
PITTSBURGH, PA  15219
jas@johnschwablaw.com
412-235-9150

*Counsel for Defendants WARM LIGHTING THE DARK*