IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MSR IMPORTS, INC., | Civil Action No. |
| Plaintiff, | 23-cv-2133 |
| v. | (JUDGE MARK HORNAK) |
| GLOBAL GOODS, *et al* | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff through their undersigned attorneys, hereby gives notice of the voluntary dismissal without prejudice of all claims against Defendants LUCY FELICITY and BAOBAO CATS with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

/

/

/

/

/

- 2 -

                                        Respectfully submitted,

Dated: February 5, 2024          /s/ Brian Samuel Malkin
                                        Stanley D. Ference III
                                        Pa. ID No. 59899
                                        courts@ferencelaw.com

                                        Brian Samuel Malkin
                                        Pa. ID No. 70448
                                        bmalkin@ferencelaw.com

                                        FERENCE & ASSOCIATES LLC
                                        409 Broad Street
                                        Pittsburgh, Pennsylvania 15143
                                        (412) 741-8400 – Telephone
                                        (412) 741-9292 – Facsimile

                                        Attorneys for Plaintiff