IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MSR IMPORTS, INC., | Civil Action No. |
| Plaintiff, | 23-cv-2133 |
| v. | (JUDGE MARK HORNAK) |
| GLOBAL GOODS, *et al* | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff through their undersigned attorneys, hereby gives notice of the voluntary dismissal without prejudice of all claims against Defendant SZMYYX CO.LTD with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendant has neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, this Defendant may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

/

/

/

/

/

Respectfully submitted,

Dated: February 8, 2024        /s/ Brian Samuel Malkin
                               Stanley D. Ference III
                               Pa. ID No. 59899
                               courts@ferencelaw.com

                               Brian Samuel Malkin
                               Pa. ID No. 70448
                               bmalkin@ferencelaw.com

                               FERENCE & ASSOCIATES LLC
                               409 Broad Street
                               Pittsburgh, Pennsylvania 15143
                               (412) 741-8400 – Telephone
                               (412) 741-9292 – Facsimile

                               Attorneys for Plaintiff